# EXHIBIT A

**Hebron Technology Co., Ltd. (HEBT)**
**Class Period: April 24, 2020 to June 3, 2020**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|
| Dahlke, Edward A. | 6/1/2020 | 56 | $22.3835 | ($1,253) | 6/4/2020 | (323) | $11.7800 | $3,805 | | |
| Dahlke, Edward A. | 6/1/2020 | 62 | $22.4900 | ($1,394) | 6/4/2020 | (100) | $11.7800 | $1,178 | | |
| Dahlke, Edward A. | 6/1/2020 | 145 | $22.3870 | ($3,246) | 6/4/2020 | (77) | $11.7800 | $907 | | |
| Dahlke, Edward A. | 6/1/2020 | 237 | $22.4800 | ($5,328) | | | | | | |
| **Dahlke, Edward A.** | | **500** | | **($11,222)** | | **(500)** | | **$5,890** | **500** | **($5,332)** |