**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MICHAEL CLYNES, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> HEBRON TECHNOLOGY CO., LTD., ANYUAN SUN, and CHANGJUAN LIANG, <br><br> Defendants. | Case No. 1:20-cv-04420-PAE |
| EDWARD A. DAHLKE, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> HEBRON TECHNOLOGY CO., LTD., ANYUAN SUN, and CHANGJUAN LIANG, <br><br> Defendants. | Case No. 1:20-cv-04746-PAE |

**[PROPOSED] ORDER**

Having considered the motion of Michael Clynes for consolidation of related actions, appointment as lead plaintiff and approval of lead counsel (the "Motion"), and good cause appearing, the Court ORDERS as follows:

1.      The Motion is GRANTED;

2.      The above-captioned actions are consolidated pursuant to Federal Rule of Civil Procedure 42(a) as *In re Hebron Technology Securities Litigation*, Master File No. 1:20-cv-04420;

3.      The Court, having considered the provisions of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(3)(B), appoints Michael Clynes as Lead Plaintiff; and

4.      Pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v), the Court approves Lead Plaintiff's selection of Glancy Prongay & Murray LLP as Lead Counsel for the class.

**IT IS SO ORDERED.**

Dated: _____, 2020        _____
                                         HON. PAUL A. ENGELMAYER
                                         UNITED STATES DISTRICT JUDGE