# EXHIBIT B

Loss Chart

**Company Name:** Hebron Technology Co., Ltd.
**Ticker:** HEBT
**Class Period:** April 24, 2020 to June 3, 2020
**Name:** Michael Clynes

**Account 1**

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 6/3/2020 | 1,500 | $19.8900 | -$29,835.0000 | | $0.0000 | -$29,835.00 |
| 6/4/2020 | -341 | | $0.0000 | $13.0350 | $4,444.9350 | $4,444.94 |
| 6/4/2020 | -1,159 | | $0.0000 | $13.0350 | $15,107.5650 | $15,107.57 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Shares Retained:** | **0** | | | | **Subtotal:** | **-$10,282.50** |
| | | | **90-Day Average Price** | **Shares Retained** | **90-Day Average:** | $0.00 |
| | | | $15.5064 | 0 | **Total:** | **-$10,282.50** |

**Account 2**

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 6/3/2020 | 500 | $17.7500 | -$8,875.0000 | | $0.0000 | -$8,875.00 |
| 6/3/2020 | 3 | $17.7500 | -$53.2500 | | $0.0000 | -$53.25 |
| 6/3/2020 | 100 | $16.2500 | -$1,625.0000 | | $0.0000 | -$1,625.00 |
| 6/3/2020 | 20 | $16.2500 | -$325.0000 | | $0.0000 | -$325.00 |
| 6/3/2020 | 100 | $16.2500 | -$1,625.0000 | | $0.0000 | -$1,625.00 |
| 6/3/2020 | 110 | $16.2500 | -$1,787.5000 | | $0.0000 | -$1,787.50 |
| 6/3/2020 | 247 | $16.0000 | -$3,952.0000 | | $0.0000 | -$3,952.00 |
| 6/3/2020 | 169 | $16.0000 | -$2,704.0000 | | $0.0000 | -$2,704.00 |
| 6/3/2020 | 26 | $16.0000 | -$416.0000 | | $0.0000 | -$416.00 |
| 6/3/2020 | 3 | $16.0000 | -$48.0000 | | $0.0000 | -$48.00 |
| 6/3/2020 | 10 | $16.0000 | -$160.0000 | | $0.0000 | -$160.00 |
| 6/3/2020 | 2 | $16.0000 | -$32.0000 | | $0.0000 | -$32.00 |
| 6/3/2020 | 12 | $16.0000 | -$192.0000 | | $0.0000 | -$192.00 |
| 6/4/2020 | -200 | | $0.0000 | $13.0350 | $2,607.0000 | $2,607.00 |
| 6/4/2020 | -5 | | $0.0000 | $13.0350 | $65.1750 | $65.18 |
| 6/4/2020 | -1,000 | | $0.0000 | $13.0350 | $13,035.0000 | $13,035.00 |
| 6/4/2020 | -97 | | $0.0000 | $13.0350 | $1,264.3950 | $1,264.40 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Shares Retained:** | **0** | | | | **Subtotal:** | **-$4,823.18** |
| | | | **90-Day Average Price** | **Shares Retained** | **90-Day Average:** | $0.00 |
| | | | $15.5064 | 0 | **Total:** | **-$4,823.18** |

| | |
|---|---|
| **Account 1 Loss:** | **-$10,282.50** |
| **Account 2 Loss:** | **-$4,823.18** |
| **TOTAL:** | **-$15,105.68** |

<u>Notes</u>

The 90-Day Average Price used in this loss chart is the average closing price between June 3, 2020  and August 7, 2020.  Any shares sold post-Class Period are valued using the greater of: (a) the average closing price between the end of the Class Period and the sales date, or (b) the actual sales price.