**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MICHAEL CLYNES, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> HEBRON TECHNOLOGY CO., LTD., ANYUAN SUN, and CHANGJUAN LIANG, <br><br> Defendants. | Case No. 1:20-cv-04420-PAE |
| EDWARD A. DAHLKE, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> HEBRON TECHNOLOGY CO., LTD., ANYUAN SUN, and CHANGJUAN LIANG, <br><br> Defendants. | Case No. 1:20-cv-04746-PAE |

**DECLARATION OF GREGORY B. LINKH IN FURHTER SUPPORT OF THE
MOTION OF MICHAEL CLYNES FOR CONSOLIDATION OF RELATED ACTIONS,
APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL**

I, Gregory B. Linkh, declare as follows:

1.      I am an attorney with the law firm Glancy Prongay & Murray LLP, counsel for Plaintiff and Lead Plaintiff Movant Michael Clynes ("Clynes") and proposed Lead Counsel for the Class in the above-captioned action.  I make this declaration in support of Movant's Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff and Approval of Lead Counsel.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached hereto as Exhibit A is a true and correct copy of a letter from Clynes' broker, Fidelity Investments (redacted only to conceal Clynes' address, account number, and the Fidelity file number), evidencing Clyne's purchase of 1,500 HEBT shares, entered on June 3, 2020 at 6:38 a.m. Eastern, and executed on June 3, 2020 at 10:26 a.m. Eastern, at $19.89 per share.

3.      Attached hereto as Exhibit B is a true and correct copy of a "tweet" published by Grizzly Research (@ResearchGrizzly) on twitter.com. The time stamp on the tweet is 11:31 a.m. Eastern. The tweet contains a link (https://grizzlyreports.com/we-believe-hebron-technology-co-ltd-hebt-is-an-insider-enrichment-scheme-without-economic-basis/) to a report entitled "We Believe Hebron Technology Co., Ltd. (HEBT) is an Insider Enrichment Scheme without Economic Basis." This tweet appears to coincide with Grizzly Research's full public release of its report on Hebron Technology Co., Ltd., which is alleged as a corrective disclosure in this action.

1

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct. Executed this 26th day of August 2020 at New York, New York.

*/s/ Gregory B. Linkh*
Gregory B. Linkh

**PROOF OF SERVICE**

I, the undersigned say:

I am not a party to the above case and am over eighteen years old.

On August 26, 2020, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Southern District of New York, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 26, 2020, at New York, New York.

*/s/ Gregory B. Linkh*
Gregory B. Linkh

3