# EXHIBIT A

Personal Investing        P.O. Box 770001
                          Cincinnati, OH 45277-0045



August 19, 2020

Michael Clynes

███████████

████████████████

Dear Michael Clynes:

Thank you for your request for confirmation of details of a trade in your IRA Rollover account
████████████.  The details are as follows:

Security: Hebron Technology Co Ltd
Symbol: HEBT
Trade Date: June 3, 2020
Number of Shares: 1,500
Entry Time: 06:38:30 a.m. Eastern time
Execution Time: 10:26 a.m. Eastern time
Execution Price: $19.89

I hope this information is helpful.  If you have any questions, please call our account assistance
line anytime at 1-800-544-6666.  We are always here to take your call.

Sincerely,

Bonnie Kendrick
Help Desk, Client Services

Our file: ████████████████

Fidelity Brokerage Services LLC, Member NYSE, SIPC