UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL CLYNES, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>HEBRON TECHNOLOGY CO., LTD., ANYUAN SUN, and CHANGJUAN LIANG,<br><br>Defendants. | Case No.  1:20-cv-04420-PAE<br><br>DECLARATION OF JEREMY A. LIEBERMAN, ESQ.: (1) IN FURTHER SUPPORT OF MOTION OF EDWARD A. DAHLKE FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL; AND (2) IN OPPOSITION TO COMPETING MOTION OF MICHAEL CLYNES |
| EDWARD A. DAHLKE, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>HEBRON TECHNOLOGY CO., LTD., ANYUAN SUN, and CHANGJUAN LIANG,<br><br>Defendants. | Case No.  1:20-cv-04746-PAE |

I, Jeremy A. Lieberman, Esq., hereby declare as follows:

1.     I am a Partner with Pomerantz LLP ("Pomerantz"), counsel on behalf of Edward A. Dahlke ("Dahlke"), and have personal knowledge of the facts set forth herein.  My office is located at 600 Third Avenue, New York, New York 10016.

2.     I make this Declaration in support of Dahlke's motion for consolidation of the above-captioned related actions (the "Related Actions"), appointment as Lead Plaintiff, and approval of his selection of Pomerantz as Lead Counsel for the Class; an in opposition to the competing motion of Michael Clynes.

1

3.      Attached hereto as the exhibits indicated are true and correct copies of the following:

Exhibit A:      Screenshot of Eventbrite webpage for the Contrarian Investor Virtual Conference No. 2, stating that conference would begin at 9:30 a.m. on June 3, 2020 (obtained via https://www.eventbrite.com/e/contrarian-investor-virtual-conference-no-2-tickets-104076373234?discount=VALUEWALK#, accessed on August 26, 2020);

Exhibit B:      Screenshot of a video recording of Contrarian Investor Virtual Conference No. 2, which commenced at 9:30 a.m. on June 3, 2020, displaying the Grizzly Research Report slide visible to conference viewers at 54 minutes and 41 seconds into the conference—*i.e.*, at 10:24:41 a.m. (obtained via https://www.youtube.com/watch?v=cmcrLg0YeSw&feature=youtu.be&t=3281, accessed on August 26, 2020);

Exhibit C:      Notice of effectiveness of U.S. Securities and Exchange Commission Short Sale Alternative Uptick Rule 201 with respect to common stock of Hebron Technology Co., Ltd. ("Hebron") (NASDAQ ticker symbol: HEBT), generated by Bloomberg Automation service, dated June 3, 2020, time-stamped 10:26 a.m.;

Exhibit D:      Social media post by platform user "TradeSquawk" on the website Stocktwits, dated June 3, 2020, time-stamped 10:28 a.m.;

Exhibit E:      Tweet by Twitter user Contrarian Investor Podcast (@PodContrarian), dated June 3, 2020, time-stamped 11:20 a.m.; and

Exhibit F:      Tweet by Twitter user Grizzly Research (@ResearchGrizzly) containing link to report prepared by Grizzly Research regarding Hebron, dated June 3, 2020, time-stamped 11:31 a.m.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on August 26, 2020 at New York, New York.

*/s/ Jeremy A. Lieberman*
Jeremy A. Lieberman