# Exhibit A



eventbrite.com/e/contrarian-investor-virtual-conference-no-2-tickets-104076373234?discount=VALUEWALK#

## JOIN ON JUNE 3, 2020 9:30 AM – 11:30 AM EDT

## Contrarian Investor Virtual Conference

## NEW IDEAS BY:
## Grizzly Research
## Boyar Value Group
## Symmetry Invest A/S
## Livermore Partners

Brought by: The Contrarian Investor Podcast | ValueWalk.com | Breakout Point

JUN
03

Contrarian Investor Virtual Conference No. 2

by ValueWalk    Follow

$135 – $179.10

Sales Ended                    Details

### Description

Discover four new long and short investment ideas from leading activist and contrarian investors!

The Contrarian Investor Podcast, in partnership with ValueWalk.com and Breakout Point, will host its second virtual investment summit on Wednesday at 9:30 a.m..EDT.

**Ten percent (10%) of proceeds from this event will be donated to the CDC Foundation to help the emergency response to the coronavirus.**

The inaugural event was a success, yielding ideas that moved markets. So we've decided to host another!

**How It works:** A select group of investment professionals will present one (1) fresh stock pick each. These ideas must be contrarian in nature to qualify. Presenters get up to 20 minutes to introduce their idea, including slide decks if necessary. They are then asked to talk through some details by Nathaniel Baker, host of the podcast. Finally, audience members can ask questions through the webinar's interface. Presentation materials, video recording of the event and contact information will be made available to attendees.

Not sure about your finances or schedule? We understand - tell us and you can receive a **full refund** up to the day before the conference.

Featuring the following presenters:

- Grizzly Research Founder- Identity will be revealed in podcast and interview in the week before the Conference: short equity
- Jonathan Boyar of Boyar Value Group will present a high conviction long idea
- Andreas Aen, Symmetry Invest A/S: a stock pick in the "mini conglomerate" space
- David Neuhauser, Livermore Partners: long idea, metals and mining.

Attendance is limited. First come/first serve.

### Date And Time

Wed, June 3, 2020
9:30 AM – 11:30 AM EDT
Add to Calendar

### Location

Virtual Conference
295 Madison Ave
12th Floor
New York, NY 10017

### Refund Policy

Refunds up to **1 day** before event
Eventbrite's fee is nonrefundable.

SOURCE: https://www.eventbrite.com/e/contrarian-investor-virtual-conference-no-2-tickets-104076373234?discount=VALUEWALK#