# Exhibit B



SOURCE:  https://www.youtube.com/watch?v=cmcrLg0YeSw&feature=youtu.be&t=3281