# Exhibit C

06/03/2020 10:26:08 [BSS]

**\*SEC Short Sale Rule 201 is in Effect : HEBT (NASDAQ)**

The SEC Short Sale Alternative Uptick Rule 201 is in effect

-0- Jun/03/2020 14:26 GMT

This headline was produced by Bloomberg Automation.