# Exhibit D



**TradeSquawk**    6/3/20, 10:28 AM

$HEBT gRIZZLY rESEARCH NEG REPORT OUT

👍 1   ↩   ⇄   ⋯        🔍    💬 1