# Exhibit F

 **Grizzly Research**
@ResearchGrizzly

We believe $HEBT is the quintessential example why we need tighter disclosure and auditing regulations for US-listed Chinese companies. We presented this idea this morning @PodContrarian Read the full report here: grizzlyreports.com/we-believe-heb... @breakoutpoint @valuewalk  @natbaker



We Believe Hebron Technology Co., Ltd. (HEBT) is an Insider Enrichment Scheme ...
Read the Full Report Here   • We believe HEBT is the quintessential example why we need tighter disclosure and auditing regulations for US listed Chinese ...
🔗 grizzlyreports.com

11:31 AM · Jun 3, 2020 · Twitter Web App

**9** Retweets    **33** Likes    **2** Quote Tweets

💬 3          ⟲ 11          ♡ 33          ⬆          ⌄