UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE HEBRON TECHNOLOGY CO., LTD.
SECURITIES LITIGATION

20 Civ. 4420 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court has received a proposed schedule for this case from lead plaintiff Edward Dahlke ("Lead Plaintiff") and defendant Hebron Technology Co., Ltd. ("Hebron"). Dkt. 25. In the interest of expeditiously moving this case forward, the Court instead adopts a more efficient schedule for the parties' pleadings and any contemplated responsive motions.

Accordingly, it is hereby ordered that:

- Lead Plaintiff shall file a consolidated amended complaint ("CAC") by **November 20, 2020.**

- Hebron's response to the CAC is due **December 21, 2020.**

- If Hebron moves to dismiss the CAC, Lead Plaintiff's opposition will be due **January 20, 2021.**[1]

- Hebron's reply, if any, to Lead Plaintiff's opposition will be due **February 19, 2021.**

---

[1] If Lead Plaintiff chooses to amend his complaint rather than oppose Hebron's motion to dismiss, see Fed. R. Civ. P. 15(a)(1)(B), the following schedule will govern the parties' submissions: Lead Plaintiff's amended complaint will be due January 20, 2021; Hebron's response to the amended complaint will be due February 19, 2021; if Hebron moves to dismiss the amended complaint, no further opportunity to amend will be granted and Lead Plaintiff's opposition will be due March 12, 2021; and Hebron's reply, if any, will be due March 19, 2021.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: September 22, 2020
       New York, New York