**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**IN RE HEBRON TECHNOLOGY CO.,**
**LTD. SECURITIES LITIGATION**

.

Case No. 20 Civ. 4420 (PAE)

---

## NOTICE OF DEFENDANT HEBRON'S MOTION TO DISMISS THE AMENDED CLASS ACTION COMPLAINT

**PLEASE TAKE NOTICE** that upon (i) the accompanying Defendant Hebron's Memorandum of Law in Support of Its Motion to Dismiss the Amended Class Action Complaint, and (ii) the Declaration of Matthew A. Tharp in Support of Defendant Hebron's Motion to Dismiss the Amended Class Action Complaint, dated December 21, 2020, and the exhibits annexed thereto, the undersigned will move this Court before the Honorable Paul A. Engelmayer, United States District Judge, at Courtroom 1305, Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007 at a date and time to be designated by the Court, for an order pursuant to Rules 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure dismissing the Amended Class Action Complaint (Dkt. 33) in the above-captioned action in its entirety and with prejudice and for other and further relief the Court may deem just and proper.

1

Date:  New York, New York
       December 21, 2020

Respectfully submitted,

**KIRKLAND & ELLIS LLP**

/s/ *Matthew Solum*

Matthew Solum, P.C.
Matthew Tharp
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile:  (212) 446-4900
matthew.solum@kirkland.com
matt.tharp@kirkland.com

*Counsel for Hebron Technology Co., Ltd.*

2