UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IN RE HEBRON TECHNOLOGY CO.,
LTD. SECURITIES LITIGATION

Case No. 20 Civ. 4420 (PAE)

---

## DECLARATION OF MATTHEW A. THARP IN SUPPORT OF HEBRON'S MOTION TO DISMISS THE AMENDED CLASS ACTION COMPLAINT

MATTHEW A. THARP, declares pursuant to 28 U.S.C. § 1746:

1.      I am an attorney licensed to practice in the State of New York, and I am admitted to practice before this Court.  I am an associate at the law firm of Kirkland & Ellis LLP, counsel for Hebron Technology Co., Ltd. ("Hebron").

2.      I submit this Declaration in support of Hebron's Motion to Dismiss the Amended Class Action Complaint and to place before this Court certain documents relevant to this Motion.

3.      Attached hereto as **Exhibit 1** is a true and correct copy of Hebron's Form 6-K, filed with the U.S. Securities and Exchange Commission on December 9, 2019.

4.      Attached hereto as **Exhibit 2** is a true and correct copy of Hebron's Annual Report (Form 20-F) for the fiscal year ended December 31, 2019, filed with the U.S. Securities and Exchange Commission on April 24, 2020.

5.      Attached hereto as **Exhibit 3** is a true and correct copy of Hebron's Form 6-K, filed with the U.S. Securities and Exchange Commission on August 14, 2020.

1

2

6.      Attached hereto as **Exhibit 4** is a true and correct copy copy of Hebron's Form 6-K, filed with the U.S. Securities and Exchange Commission on August 13, 2019.

7.      Attached hereto as **Exhibit 5** is a true and correct copy of a report by Grizzly Research LLC, dated June 3, 2020, available at https://grizzlyreports.com/Research/HEBT.pdf and accessed on December 16, 2020.

8.      Attached hereto as **Exhibit 6** is a true and correct copy of Hebron's Form 6-K, filed with the U.S. Securities and Exchange Commission on July 31, 2020.

9.      Attached hereto as **Exhibit 7** is a true and correct copy of Hebron's Form 6-K, filed with the U.S. Securities and Exchange Commission on September 4, 2020.

10.     Attached hereto as **Exhibit 8** is a true and correct copy of Hebron's Form 6-K, filed with the U.S. Securities and Exchange Commission on February 26, 2019.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.


Dated:  New York, New York
        December 21, 2020


_____
Matthew A. Tharp

2