# EXHIBIT 4

# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

# FORM 6-K

**Report of Foreign Private Issuer**
**Pursuant to Rule 13a-16 or 15d-16 Under**
**the Securities Exchange Act of 1934**

**For the month of August 2019**

**Commission File Number: 001-37829**

# HEBRON TECHNOLOGY CO., LTD.
(Registrant's name)

**No. 936, Jinhai 2nd Road, Konggang New Area**
**Longwan District**
**Wenzhou City, Zhejiang Province**
**People's Republic of China**
(Address of principal executive offices)

Indicate by check mark whether the registrant files or will file annual reports under cover of Form 20-F or Form 40-F.:

Form 20-F ☒          Form 40-F ☐

Indicate by check mark if the registrant is submitting the Form 6-K on paper as permitted by Regulation S-T Rule 101(b)(1):  ☐

Indicate by check mark if the registrant is submitting the Form 6-K on paper as permitted by Regulation S-T Rule 101(b)(7):  ☐

**Explanatory Note:**

Appointment of New Chief Financial Officer (the "CFO")

On August 8, 2019, the Registrant's CFO Mr. Steven Fu submitted his resignation to the board of directors (the "Board"). The Board accepted the resignation and appointed Ms. Changjuan Liang as the succeeding CFO. The resignation and the engagement was effective on August 8, 2019. There is no disagreement between Mr. Steven Fu and the Registrant.

Ms. Liang has served as Chief Financial Officer of Fintech (Shanghai) Investment Holding Co., Ltd. since May 2019. Fintech is a subsidiary of NiSun International Enterprise Management Group (British Virgin Islands) Co., Ltd., a BVI company acquired by the Registrant on July 12, 2019. From August 2018 through April 2019, Ms. Liang was a senior financial manager for Shanghai NiSun Enterprise Management Group Co., Ltd., a PRC company controlled by Bodang Liu, the largest shareholder of the Registrant and former owner of NiSun International Enterprise Management Group (British Virgin Islands) Co., Ltd. From October 2010 through August 2017, Ms. Liang was a Financial Officer of Chubutsu Precise Electronic Company Limited, a PRC company engaged in the air conditioning industry. Ms. Liang obtained her bachelor's degree in Accounting from China Central Radio and TV University in January 2010.

As Chief Financial Officer of the Registrant, Ms. Liang will receive an annual salary of $48,473, together with benefits provided to other employees of the Registrant, as set forth in an employment agreement entered into by the parties. Her employment is governed by the terms of the employment agreement between Ms. Liang and the Registrant, which commenced August 8, 2019 and continues through July 31, 2022. The Registrant may terminate the agreement as permitted by Chinese law. In the event of any breach of the agreement by the Registrant, it is obligated to pay damages equal to twice the financial compensation provided under China's Labor Contract Law, Article 47. In the event of any breach of the contract by Ms. Liang, she is obligated to pay the Registrant an amount equal to application and training fees paid by the Registrant, direct economic losses caused to the Registrant and any contractually agreed compensation costs.

**Exhibits**

10.1    Employment Agreement for Changjuan Liang

**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

**Hebron Technology Co., Ltd.**

Date: August 13, 2019

By:       /s/ Anyuan Sun
Name:       Anyuan Sun
Title:       Chief Executive Officer
(Principal Executive Officer) and Duly Authorized Officer

**Exhibit 10.1**

**Employment Contract**

**Employer** (Party A): Hebron Technology Co. Ltd.

**Employee** (Party B): Changjuan Liang

**Contract period**

2019-08-08 through 2022-07-31.

I.  **Employment location and title**

Party B agrees to work in Shanghai based on the job requirement and with the job title as Chief Financial Officer.

II.  **Work hours**

It is standard work hours of 8 hours/day; any overtime arrangement will follow relevant regulations by the government and as agreed on by both parties. Party B enjoys all holidays and vacation rights under the national regulations during the contract period.

III.  **Employment protection, work condition and protection against occupational hazards**

Party A shall strictly follow all laws and regulations related to labor protection by the national and local government and shall provide Party B with necessary work conditions and tools, establish safe production process, design standard operating instructions, work specifications and labor safety and health system.

If Party B involves in occupational hazards, Party A shall follow the national regulations to perform pre-service and post-service occupational health check; and shall provide regular health examinations during the contract period.

Party A is obligated to provide education and training regarding professional ethics, business technology, labor safety and health and regulations and rules.

IV.  **Compensation**

It is hourly based wage system. Party B shall be paid $4,039 per month. Party B shall not delay or hold it without reason. If Party A ceases to operate, manufacture, or shut down less than one month, Party A shall pay salary to Party B by the compensation standard under this contract. If it happens over one month and no work is assigned to Party B, Party A shall pay Party B lay-off stipend not lower than the local unemployment insurance standard.

V.   **Social insurance and benefits:**

Following the related national and local social insurance law, Party A shall pay social insurance fee on behalf of Party B; as to the individual payment part for the social insurance, Party A shall deduct form Party B's salary.

Upon the termination of the contract, Party A shall perform relevant social insurance procedure for Party B.

Any other benefits shall be based on relevant policies and regulations by the national and local government.

VI.   **Labor disciplines and regulations:**

Party A shall make all legally designed labor disciplines and regulations public to Party B. Party B shall strictly follow regulations and rules of Party A and shall complete all tasks, improve his/her professional skills and execute all labor disciplines and ethics. If Party B violates any regulations, Party A can give appropriate administrative sanctions or terminate the contract under worse scenario according to its disciplines and regulations.

VII.   **Change, revision and termination of the contract:**

If objective circumstances based on which this contract was signed change so materially that this contract cannot be performed any more, the contract terms can be revised with both parties' consent.

The contract can be terminated with both parties' consent, or under any other situation provided by law.

Upon the expiration of the contract, if the work relation between both parties still exists, Part A shall timely update the contract or renew such contract.

VIII.**Financial compensation and damages:**

If Party A terminates the contract, it shall pay Party B financial compensation based on Article 47 of *Labor Contract Law* and local provisions.

If Party B suffers illness or injuries from work, after labor appraisal committee confirms that he cannot either fulfill his responsibility of original work, or engage other work arranged by Party A, so this contract is terminated, Party A shall follow the regulation of Article 40 of *Labor Contract Law*.

If Party A discharges or terminates this contract in violation of regulations, it shall pay damages to Party B twice of the financial compensation provided by Article 47 of *Labor Contract Law*.

If Party B violates the regulation and terminates the contract and causes loss of Party A, he shall pay Party A following loss:

1.  all application and training fee paid by Party A,

2.  the direct economic loss caused to Party A, and

3.  other compensation costs mentioned in the contract.

IX.  **Others:**

Parties will engage a separate confidentiality agreement.

X.  **Dispute resolution:**

Any labor dispute regarding performance of this contract can be brought up to Party A's committee of labor dispute mediation. If it cannot be mediated or any party is not willing to mediate, any party can apply for arbitration to Shanghai Labor Dispute Arbitration Committee within one year after the dispute happens.

Any unresolved issue of this contract, parties can negotiate. If national laws and regulations have other requirements, they should be followed. This contract shall be filed to local labor protection department for record.

This contract is in duplicate. Party A and Party B each have one copy.

**Party A:**

**Hebron Technology Co., Ltd.**

/s/ Anyuan Sun
**Anyuan Sun, Chief Executive Officer**


**Party B:**

Changjuan Liang

**/s/ Changjuan Liang**


The contract was signed on 2019/08/08.