# EXHIBIT 5

June 3rd, 2020



Research Report on Hebron Technology Co., Ltd. (NASDAQ:HEBT)

# We Believe Hebron Technology Co., Ltd. (HEBT) is an Insider Enrichment Scheme without Economic Basis

• We believe HEBT is the quintessential example why we need tighter disclosure and auditing regulations for US listed Chinese companies. We believe HEBT has engaged in egregious wrongdoings that should result in immediate delisting.

• HEBT's stock price has skyrocketed on the back of recent private placements at ever higher prices. These are touted as confirmation of the company, because outside institutional investors are willing to buy at a substantial premium to market price. We discovered that the investors seem to be in fact **undisclosed related parties**, and we doubt the shares were even paid for! It seems this is a scheme designed to portray real interest in the stock and push the price artificially higher.

• SAIC filings indicate that HEBT's legacy financials are completely overstated; For example, from 2016 to 2018, the total SAIC revenues are 80.5% lower compared to SEC financials. Total SAIC shareholder's equity during this period is 93.7% lower compared to SEC reported number. Our supsicions were confirmed by site visits; Locals told us only about 20 people work at HEBT's valve business.

• HEBT disclosed, however untimely, in its recent 20F and press release two arms-length acquisitions. Our due diligence reveals that the acquired companies are mostly dysfunctional, and were in fact sold to HEBT by insiders who lined their pockets on the deals.

• These deals also show other major red flags. For example, Beijing Hengpu was supposedly acquired by HEBT from a third party per SEC disclosure. The real sellers are actually related to HEBT's biggest shareholder. Half a year after the transaction was supposed to be consummated, we still find no share pledge from Beijing Hengpu's shareholders to HEBT.  In short, HEBT paid for a company it did not even acquire!

• The company's IPO underwriter, former and current auditor show major red flags.



Ever since HEBT's IPO in 2016, the stock performance has been rather dissapointing. However, the stock took a steep turn in 2019 as Bodang Liu obtained majority ownership and deployed what we believe to be a carefully orchastrated stock manipulation scheme

| HEBT Trade Data | As of June 3rd, 2020 |
| --- | --- |
| Stock Price: | $22.55 |
| 52 Week Low: | $0.80 |
| 52 Week High: | $23.40 |
| Market Capitalization: | $400M |
| 3 Month Avg. Volume: | 86,884 |
| Weighted Avg. Shares Outstanding: | 16.3M |



| Share price performance (%) | 3 mont | 6 month | 12 month |
| --- | --- | --- | --- |
| Absolute | 194% | 331% | 2802% |
| Relative to S&P500 | 195% | 333% | 2790% |
| Relative to FXI | 195% | 332% | 2799% |

**Website**
https://grizzlyreports.com/

 @ResearchGrizzly

AS OF THE PUBLICATION DATE OF THIS REPORT, GRIZZLY RESEARCH (POSSIBLY ALONG WITH OR THROUGH OUR MEMBERS, PARTNERS, AFFILIATES, EMPLOYEES, AND/OR CONSULTANTS) ALONG WITH OUR CLIENTS AND/OR INVESTORS HAS A DIRECT OR INDIRECT SHORT POSITION IN THE STOCK (AND/OR OPTIONS, SWAPS, AND OTHER DERIVATIVES RELATED TO ONE OR MORE OF THESE SECURITIES) OF THE COMPANY COVERED HEREIN, AND THEREFORE STANDS TO REALIZE SIGNIFICANT GAINS IN THE EVENT THAT THE PRICE OF HEBT'S STOCK DECLINES. THEREFORE, USE GRIZZLY RESEARCH'S RESEARCH AT YOUR OWN RISK. YOU SHOULD DO YOUR OWN RESEARCH AND DUE DILIGENCE BEFORE MAKING ANY INVESTMENT DECISION WITH RESPECT TO THE SECURITIES COVERED HEREIN. THE OPINIONS EXPRESSED IN THIS REPORT ARE NOT INVESTMENT ADVICE NOR SHOULD THEY BE CONSTRUED AS INVESTMENT ADVICE OR ANY RECOMMENDATION OF ANY KIND.  FOLLOWING PUBLICATION OF THIS REPORT, WE MAY CONTINUE TRANSACTING IN THE SECURITIES COVERED THEREIN, AND WE MAY BE LONG, SHORT, OR NEUTRAL AT ANY TIME HEREAFTER REGARDLESS OF OUR INITIAL OPINION.  © 2020  GRIZZLY RESEARCH LLC. ALL RIGHTS RESERVED.



---

# Legal Disclaimer

---

IMPORTANT LEGAL DISCLAIMER

PLEASE REVIEW CAREFULLY IN CONJUNCTION WITH OUR RESEARCH REPORT AND SUPPORTING MATERIALS, INCLUDING THE FULL LEGAL DISCLAIMER ON THE LAST PAGE OF THIS REPORT.

This report and all statements contained herein are the opinions of Grizzly Research, and are not statements of fact.

Reports are based on generally available information, field research, inferences and deductions through Grizzly Research's due diligence and analytical process. Our opinions are held in good faith, and we have based them upon publicly available facts and evidence collected and analyzed including our understanding of representations made by the management of the companies we analyze, all of which we set out in our research reports to support our opinions, all of which we set out herein.  HOWEVER, THEY REMAIN OUR OPINIONS AND BELIEFS ONLY.

We conducted research and analysis based on public information in a manner than any person could have done if they had been interested in doing so.  You can publicly access any piece of evidence cited in this report or that we relied on to write this report.

Grizzly Research makes no representation, express or implied, as to the accuracy, timeliness, or completeness of any such information or with regard to the results to be obtained from its use.

We are entitled to our opinions and to the right to express such opinions in a public forum.  We believe that the publication of our opinions and the underlying facts about the public companies we research is in the public interest, and that publication is justified due to the fact that public investors and the market are connected in a common interest in the true value and share price of the public companies we research.  All expressions of opinion are subject to change without notice, Grizzly Research does not undertake a duty to update or supplement this report or any of the information contained herein.

This is not an offer to sell or a solicitation of an offer to buy any security, nor shall any security be offered or sold to any person, in any jurisdiction in which such offer would be unlawful under the securities laws of such jurisdiction.  Recipients of the research report are professional investors who are expected to make their own judgment as to any reliance that they place on the research report.  You represent that you have sufficient investment sophistication to critically assess the information, analysis and opinion on this website.

AS OF THE PUBLICATION DATE OF THIS REPORT, GRIZZLY RESEARCH (POSSIBLY ALONG WITH OR THROUGH OUR MEMBERS, PARTNERS, AFFILIATES, EMPLOYEES, AND/OR CONSULTANTS) ALONG WITH OUR CLIENTS AND/OR INVESTORS HAS A DIRECT OR INDIRECT SHORT POSITION IN THE STOCK (AND/OR OPTIONS, SWAPS, AND OTHER DERIVATIVES RELATED TO ONE OR MORE OF THESE SECURITIES) OF THE COMPANY COVERED HEREIN, AND THEREFORE STANDS TO REALIZE SIGNIFICANT GAINS IN THE EVENT THAT THE PRICE OF HEBT'S STOCK DECLINES. THEREFORE, USE GRIZZLY RESEARCH'S RESEARCH AT YOUR OWN RISK. YOU SHOULD DO YOUR OWN RESEARCH AND DUE DILIGENCE BEFORE MAKING ANY INVESTMENT DECISION WITH RESPECT TO THE SECURITIES COVERED HEREIN. THE OPINIONS EXPRESSED IN THIS REPORT ARE NOT INVESTMENT ADVICE NOR SHOULD THEY BE CONSTRUED AS INVESTMENT ADVICE OR ANY RECOMMENDATION OF ANY KIND.  FOLLOWING PUBLICATION OF THIS REPORT, WE MAY CONTINUE TRANSACTING IN THE SECURITIES COVERED THEREIN, AND WE MAY BE LONG, SHORT, OR NEUTRAL AT ANY TIME HEREAFTER REGARDLESS OF OUR INITIAL OPINION.

To the best of our ability and belief, all information contained herein is accurate and reliable, and has been obtained from public sources we believe to be accurate and reliable, and who are not insiders or connected persons of the stock covered herein or who may otherwise owe any fiduciary duty or duty of confidentiality to the issuer. Note that Hebron Technology Co., Ltd. and insiders, agents, and legal representatives of Hebron Technology Co., Ltd. and other entities mentioned herein may be in possession of material non-public information that may be relevant to the matters discussed herein.  Do not presume that any person or company mentioned herein has reviewed our report prior to its publication.

June 3rd, 2020



Research Report on Hebron Technology Co., Ltd. (NASDAQ:HEBT)

## Background on HEBT

HEBT went public on December 27, 2016 and issued 2,695,442 shares in its IPO at price of $4.00 per share. Its original (legacy) business was stated as "develop, manufacture and provide customized installation of valves and pipe fittings for use in the pharmaceutical, biological, food and beverage, and other clean industries. "

Its sole underwriter back then was Spartan Securities Group, Ltd. Spartan Securities Group, Ltd. does not typically have a good track record. On February 20, 2019, SEC filed a charge against Spartan Securities Group, another transfer agent Island Capital Management LLC and two individuals involving sham companies:

> "The SEC alleges that broker-dealer Spartan Securities Group, Ltd. and transfer agent Island Capital Management LLC, which does business as Island Stock Transfer, helped create and sell at least 19 purportedly legitimate public companies that were in fact shams…"

FINRA's website shows that Spartan Securities Group, Ltd.'s license was already cancelled in June 2019.

The market did not buy HEBT's story after it went public. We can see from HEBT's historic chart that the stock price has been declining since its IPO in December 2016 until mid-2019. The stock started a

rather steep uptrend after the company announced an acquisition that made a Chinese national named Bodang Liu HEBT's biggest shareholder. In about one year, the stock price went from sub $1 a share to currently just shy of $20, a staggering return of more than 2000% in about one year!





HEBT's Current Largest Shareholder Bodang Liu. We believe he is at the center of this insider-enrichment scheme

The uptrend was due to a series of events that happened under HEBT's current largest shareholder Bodang Liu, including a series of PIPE and acquisitions. It appears that high net worth assets are continuing to push their way into the HEBT, while the not so attractive legacy business is making room.

However, we believe HEBT is a stock manipulation scheme that engaged in undisclosed related party acquisitions and undisclosed private placement transactions that have artificially inflated the stock price. We believe this scheme has been maneu-

vered by **HEBT'S current largest shareholder Bodang Liu and his related companies and agents.** We found that the assets brought into the company are essentially toxic or worthless, even compared to the legacy business. Investors chasing this hype will be massacred when insiders decide to dump their shares or face regulatory scrutiny. The fraudulent behavior we uncover in this report is egregious and our evidence definitive.  We believe the company's stock should and will be halted.

**Website**

https://grizzlyreports.com/

 @ResearchGrizzly

AS OF THE PUBLICATION DATE OF THIS REPORT, GRIZZLY RESEARCH (POSSIBLY ALONG WITH OR THROUGH OUR MEMBERS, PARTNERS, AFFILIATES, EMPLOYEES, AND/OR CONSULTANTS) ALONG WITH OUR CLIENTS AND/OR INVESTORS HAS A DIRECT OR INDIRECT SHORT POSITION IN THE STOCK (AND/OR OPTIONS, SWAPS, AND OTHER DERIVATIVES RELATED TO ONE OR MORE OF THESE SECURITIES) OF THE COMPANY COVERED HEREIN, AND THEREFORE STANDS TO REALIZE SIGNIFICANT GAINS IN THE EVENT THAT THE PRICE OF HEBT'S STOCK DECLINES. THEREFORE, USE GRIZZLY RESEARCH'S RESEARCH AT YOUR OWN RISK. YOU SHOULD DO YOUR OWN RESEARCH AND DUE DILIGENCE BEFORE MAKING ANY INVESTMENT DECISION WITH RESPECT TO THE SECURITIES COVERED HEREIN. THE OPINIONS EXPRESSED IN THIS REPORT ARE NOT INVESTMENT ADVICE NOR SHOULD THEY BE CONSTRUED AS INVESTMENT ADVICE OR ANY RECOMMENDATION OF ANY KIND. FOLLOWING PUBLICATION OF THIS REPORT, WE MAY CONTINUE TRANSACTING IN THE SECURITIES COVERED THEREIN, AND WE MAY BE LONG, SHORT, OR NEUTRAL AT ANY TIME HEREAFTER REGARDLESS OF OUR INITIAL OPINION. © 2020  GRIZZLY RESEARCH LLC. ALL RIGHTS RESERVED.

June 3rd, 2020



**GRIZZLY**
R E P O R T S

Research Report on Hebron Technology Co., Ltd. (NASDAQ:HEBT)

# Legacy Business' Reported Financials Might be Fraudulent

Regarding its legacy business, HEBT is in the business of manufacturing and installing valves and pipes. The company is a limited company established under the laws of the British Virgin Islands on May 29, 2012 as a holding company. HEBT has ownership of two PRC companies. These two operating entities in China Mainland are essentially all of HEBT's operations and reported financials.

The two PRC entities are:
- Wenzhou Xibolun Fluid Equipment Co., Limited ("Xibolun Equipment", 温州希伯伦流体设备有限公司)
- Zhejiang Xibolun Automation Project Technology Co., Ltd. ("Xibolun Automation", 浙江希伯伦自控工程科技有限公司)

SAIC filings indicate that the combined financials of these two companies are vastly lower than what was reported to the SEC and U.S. investors. The table below compares the difference between the SAIC data and the SEC reported data for key items of the Income Statement and Balance Sheet.

| (USD'000) | | | | | | | | | SAIC Data as % lower than SEC Reported Financials | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **SAIC Data** | 2016 | 2017 | 2018 | **SEC Reported** | 2016 | 2017 | 2018 | | 2016 | 2017 | 2018 |
| Total Revenues | $2,262 | $4,825 | $8,814 | Total Revenues | $27,098 | $29,200 | $25,290 | | -91.7% | -83.5% | -65.1% |
| Net Income | -$123 | $161 | $34 | Net Income | $5,935 | $7,136 | -$5,145 | | -102.1% | -97.7% | -100.7% |
| | | | | | | | | | | | |
| Total Assets | $5,793 | $12,020 | $14,640 | Total Assets | $47,079 | $54,549 | $56,654 | | -87.7% | -78.0% | -74.2% |
| Total Liabilities | $4,600 | $9,149 | $11,920 | Total Liabilities | $15,932 | $14,016 | $19,896 | | -71.1% | -34.7% | -40.1% |
| Shareholder's Equity | $1,193 | $2,871 | $2,720 | Shareholder's Equity | $31,147 | $40,533 | $36,757 | | -96.2% | -92.9% | -92.6% |

As we can see, the difference is astonishing! For example, the total revenues for 2016, 2017 and 2018 combined from the SAIC data are 80.5% lower compared to the financials the company reported to the SEC and U.S. investors. Notably, the total SAIC shareholder's equity for 2016, 2017 and 2018 combined is 93.7% lower compared to the total shareholder equity reported to the SEC and U.S. investors.

This kind of difference cannot be explained by accounting treatments. We were surprised that HEBT's annual reports were signed off by its auditor in both 2017 and 2018! (We will address the auditor issue in the next section). HEBT's legacy business has been well covered by GeoInvesting in 2019, we encourage our readers to review their report.

**Website**
https://grizzlyreports.com/

 @ResearchGrizzly

AS OF THE PUBLICATION DATE OF THIS REPORT, GRIZZLY RESEARCH (POSSIBLY ALONG WITH OR THROUGH OUR MEMBERS, PARTNERS, AFFILIATES, EMPLOYEES, AND/OR CONSULTANTS) ALONG WITH OUR CLIENTS AND/OR INVESTORS HAS A DIRECT OR INDIRECT SHORT POSITION IN THE STOCK (AND/OR OPTIONS, SWAPS, AND OTHER DERIVATIVES RELATED TO ONE OR MORE OF THESE SECURITIES) OF THE COMPANY COVERED HEREIN, AND THEREFORE STANDS TO REALIZE SIGNIFICANT GAINS IN THE EVENT THAT THE PRICE OF HEBT'S STOCK DECLINES. THEREFORE, USE GRIZZLY RESEARCH'S RESEARCH AT YOUR OWN RISK. YOU SHOULD DO YOUR OWN RESEARCH AND DUE DILIGENCE BEFORE MAKING ANY INVESTMENT DECISION WITH RESPECT TO THE SECURITIES COVERED HEREIN. THE OPINIONS EXPRESSED IN THIS REPORT ARE NOT INVESTMENT ADVICE NOR SHOULD THEY BE CONSTRUED AS INVESTMENT ADVICE OR ANY RECOMMENDATION OF ANY KIND. FOLLOWING PUBLICATION OF THIS REPORT, WE MAY CONTINUE TRANSACTING IN THE SECURITIES COVERED THEREIN, AND WE MAY BE LONG, SHORT, OR NEUTRAL AT ANY TIME HEREAFTER REGARDLESS OF OUR INITIAL OPINION. © 2020  GRIZZLY RESEARCH LLC. ALL RIGHTS RESERVED.

4

June 3rd, 2020



Research Report on Hebron Technology Co., Ltd. (NASDAQ:HEBT)

# Legacy Business' Reported Financials Might be Fraudulent

**On The Ground Due Dilligence Confirms our Suspicion**

HEBT's legacy business, which is basically a pipe engineering and installation business, has two subsidiaries. Both are located in the city of Wenzhou, Zhejiang Province in China.

## *Subsidiary 1: Xibolun Automation*

Zhejiang Xibolun Automation Project Technology Co., Ltd. ("Xibolun Automation", 浙江希伯伦自控工程科技有限公司) is located in an industrial park.



*Picture of the gate of the Industrial park. HEBT's buildings are to the bottom right of the picture*

During the visit, we were able to ask locals about the size of this company. We were told by several of them that there are only about 20 people working there. Our investigator validated this by counting the number of employees entering and exiting the firm. There were only a handful (Note that companies in that industrial park have already resumed production post Covid-19).

While the building seems to look ok from the outside, we found out that HEBT only rented/occupied two floors in the left building. They do not own any of these properties. The rest of the spaces are occupied by a total of 7 companies per SAIC Filings.

## *Subsidiary 2: Xibolun Equipment*

Wenzhou Xibolun Fluid Equipment Co., Limited ("Xibolun Equipment", 温州希伯伦流体设备有限公司) is the other disclosed subsidiary.

We were not able to find this business at the address mentioned in SAIC filings. **Given that Xibolun Equipment's SAIC revenue for 2018 was already 0, we suspect this entity might have fully merged Xibolun Automation.**

Overall, what we discovered about its legacy business was deeply disturbing. The head count of Xibolun Automation, which we were told is about 20, is troublesome. HEBT disclosed in its 2018 20F that its total head count was 88. Most employees have to be from Xibolun Automation because per SAIC filings, only Xibolun Automation reported revenues in 2018. This is HEBT's entire legacy business!

We are faced with two possible explanations: Either HEBT's headcount in its legacy business dropped from 88 to only 20 in the last two years, or the company had inflated its headcount all along. Neither explanation looks favorable for the company.



*Picture of HEBT's two buildings. We found them to be mostly unoccupied*



*Picture of the back of the two buildings, indicating that several companies resides here*

**Website**

https://grizzlyreports.com/

 @ResearchGrizzly

AS OF THE PUBLICATION DATE OF THIS REPORT, GRIZZLY RESEARCH (POSSIBLY ALONG WITH OR THROUGH OUR MEMBERS, PARTNERS, AFFILIATES, EMPLOYEES, AND/OR CONSULTANTS) ALONG WITH OUR CLIENTS AND/OR INVESTORS HAS A DIRECT OR INDIRECT SHORT POSITION IN THE STOCK (AND/OR OPTIONS, SWAPS, AND OTHER DERIVATIVES RELATED TO ONE OR MORE OF THESE SECURITIES) OF THE COMPANY COVERED HEREIN, AND THEREFORE STANDS TO REALIZE SIGNIFICANT GAINS IN THE EVENT THAT THE PRICE OF HEBT'S STOCK DECLINES. THEREFORE, USE GRIZZLY RESEARCH'S RESEARCH AT YOUR OWN RISK. YOU SHOULD DO YOUR OWN RESEARCH AND DUE DILIGENCE BEFORE MAKING ANY INVESTMENT DECISION WITH RESPECT TO THE SECURITIES COVERED HEREIN. THE OPINIONS EXPRESSED IN THIS REPORT ARE NOT INVESTMENT ADVICE NOR SHOULD THEY BE CONSTRUED AS INVESTMENT ADVICE OR ANY RECOMMENDATION OF ANY KIND. FOLLOWING PUBLICATION OF THIS REPORT, WE MAY CONTINUE TRANSACTING IN THE SECURITIES COVERED THEREIN, AND WE MAY BE LONG, SHORT, OR NEUTRAL AT ANY TIME HEREAFTER REGARDLESS OF OUR INITIAL OPINION. © 2020 GRIZZLY RESEARCH LLC. ALL RIGHTS RESERVED.

June 3rd, 2020



Research Report on Hebron Technology Co., Ltd. (NASDAQ:HEBT)

## Auditor Track Is a Big Red Flag

### *Previous Auditor- Friedman LLP*

Friedman LLP was HEBT's auditor from 2013 to February 26, 2019. According to HEBT's filing,

> On February 26, 2019, the Registrant's Audit Committee and Board of Directors approved the proposed appointment of Wei, Wei & Co., LLP ("Wei & Wei") as the Registrant's independent registered public accounting firm, dismissing the Registrant's previous independent auditors, Friedman LLP ("Friedman"), on the same date.

First of all, we do not normally see auditors like Friedman LLP get dismissed. The PCAOB Report on 2018 Inspection of Friedman LLP stated:

> "…in these audits, the auditor issued an opinion without satisfying its fundamental obligation to obtain reasonable assurance about whether the financial statements were free of material misstatement and/or the issuer maintained effective ICFR."

Friedman LLPS made headlines recently as the auditor of iFresh Inc. (NASDAQ: IFMK). IFMK and Friedman were subpoenaed by the SEC.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### *Current Auditor - Wei, Wei & Co., LLP*

We want to point out that the company's current auditor, Wei, Wei & Co., LLP is not better. As a matter of fact, Wei & Wei is also the auditor of an old-fashion China-based fraudulent company called China Internet Nationwide Financial Services (former ticker: CIFS) exposed by Muddy Waters Research.

| May 28, 2019 | China Internet Nationwide Financial Services, Inc. (HUSN \| 0001687542) | Wei, Wei & Co., LLP (2388) | 2018 |

Another China-based company called Hexindai Inc. (NASDAQ: HX) was accused of committing fraud by Bonitas Research in early 2019 and later in December 2019. HX replaced Deloitte Touche Tohmatsu with Wei, Wei & Co., LLP as its auditor. Wei Wei, & Co., which is based out of Flushing, NY, appears to be carving out its niche as the auditor who is signing off on anything.



Our investigator visited the auditor's firm at Flushing, NY. Unsurprisingly we found an auditor firm that looked astoundingly suspicious and substandard.

**Website**

https://grizzlyreports.com/

 @ResearchGrizzly

AS OF THE PUBLICATION DATE OF THIS REPORT, GRIZZLY RESEARCH (POSSIBLY ALONG WITH OR THROUGH OUR MEMBERS, PARTNERS, AFFILIATES, EMPLOYEES, AND/OR CONSULTANTS) ALONG WITH OUR CLIENTS AND/OR INVESTORS HAS A DIRECT OR INDIRECT SHORT POSITION IN THE STOCK (AND/OR OPTIONS, SWAPS, AND OTHER DERIVATIVES RELATED TO ONE OR MORE OF THESE SECURITIES) OF THE COMPANY COVERED HEREIN, AND THEREFORE STANDS TO REALIZE SIGNIFICANT GAINS IN THE EVENT THAT THE PRICE OF HEBT'S STOCK DECLINES. THEREFORE, USE GRIZZLY RESEARCH'S RESEARCH AT YOUR OWN RISK. YOU SHOULD DO YOUR OWN RESEARCH AND DUE DILIGENCE BEFORE MAKING ANY INVESTMENT DECISION WITH RESPECT TO THE SECURITIES COVERED HEREIN. THE OPINIONS EXPRESSED IN THIS REPORT ARE NOT INVESTMENT ADVICE NOR SHOULD THEY BE CONSTRUED AS INVESTMENT ADVICE OR ANY RECOMMENDATION OF ANY KIND. FOLLOWING PUBLICATION OF THIS REPORT, WE MAY CONTINUE TRANSACTING IN THE SECURITIES COVERED THEREIN, AND WE MAY BE LONG, SHORT, OR NEUTRAL AT ANY TIME HEREAFTER REGARDLESS OF OUR INITIAL OPINION. © 2020 GRIZZLY RESEARCH LLC. ALL RIGHTS RESERVED.

June 3rd, 2020



Research Report on Hebron Technology Co., Ltd. (NASDAQ:HEBT)

# Overview of Events Following Bodang Liu's Engagement



**Website**

https://grizzlyreports.com/

@ResearchGrizzly

AS OF THE PUBLICATION DATE OF THIS REPORT, GRIZZLY RESEARCH (POSSIBLY ALONG WITH OR THROUGH OUR MEMBERS, PARTNERS, AFFILIATES, EMPLOYEES, AND/OR CONSULTANTS) ALONG WITH OUR CLIENTS AND/OR INVESTORS HAS A DIRECT OR INDIRECT SHORT POSITION IN THE STOCK (AND/OR OPTIONS, SWAPS, AND OTHER DERIVATIVES RELATED TO ONE OR MORE OF THESE SECURITIES) OF THE COMPANY COVERED HEREIN, AND THEREFORE STANDS TO REALIZE SIGNIFICANT GAINS IN THE EVENT THAT THE PRICE OF HEBT'S STOCK DECLINES. THEREFORE, USE GRIZZLY RESEARCH'S RESEARCH AT YOUR OWN RISK. YOU SHOULD DO YOUR OWN RESEARCH AND DUE DILIGENCE BEFORE MAKING ANY INVESTMENT DECISION WITH RESPECT TO THE SECURITIES COVERED HEREIN. THE OPINIONS EXPRESSED IN THIS REPORT ARE NOT INVESTMENT ADVICE NOR SHOULD THEY BE CONSTRUED AS INVESTMENT ADVICE OR ANY RECOMMENDATION OF ANY KIND. FOLLOWING PUBLICATION OF THIS REPORT, WE MAY CONTINUE TRANSACTING IN THE SECURITIES COVERED THEREIN, AND WE MAY BE LONG, SHORT, OR NEUTRAL AT ANY TIME HEREAFTER REGARDLESS OF OUR INITIAL OPINION. © 2020 GRIZZLY RESEARCH LLC. ALL RIGHTS RESERVED.

June 3rd, 2020

Research Report on Hebron Technology Co., Ltd. (NASDAQ:HEBT)

# Shanghai Fintech - Financial Service Business Looks Sketchy

HEBT acquired Shanghai Fintech through acquiring NiSun International Enterprise Management Group (British Virgin Islands) Co., Ltd., ("NiSun BVI") from Bodang Liu on July 12, 2019 for $7 million. In 2019 20F, HEBT disclosed the financial performance of its Financial Services segment and also certain financials of its VIE, Shanghai Fintech and its subsidiaries. In our opinion, we simply can't trust those financials disclosed by HEBT.

What does Shanghai Fintech do exactly? According to the Valuation Report filed in June 2019 when Shanghai Fintech was announced to be acquired by HEBT, under the Company Overview section, it stated that:

> 汇晶社 *is an innovative asset allocation service platform under* 范太克（上海）投资控股有限公司 *(hereafter referred to as "Fintech" or the "the target Company") . As a third-party service platform for direct selling banks,* 汇晶社 *has connected several domestic commercial banks and rural commercial banks to provide asset allocation services, Internet traffic diversion services, IT business system construction services and transaction structure design and construction services. By integrating consumer financial assets, traffic, IT business system technology and big data risk control business experience, we will create an eco-finance technology platform for professional services direct banking.*

The description is not very clear in our opinion. However, based on our understanding, essentially Shanghai Fintech, through its asset allocation service platform HuiJingShe (汇晶社), helps commercial banks provide various services to their customers online. On HuiJingShe's website, it states that it has cooperated with licensed company Ifast Financial China Ltd on mutual fund products sale (reminder: it seems like it does not have this type of license itself). In addition, it also states that it has cooperated with licensed company Xiaoyusan Insurance Agency Co., Ltd. to conduct facilitation business for insurance products (another reminder: it seems like it does not have this type of license itself). Basically, HuiJingShe is acting like an intermediary to connect the customers and the commercial banks and customers would be able to

> "The operating results of NiSun BVI have been included in the consolidated financial statements since July 12, 2019. For the year ended December 31, 2019, NiSun BVI's revenue amounted to $2,525,524 and its net income was $1,469,306."

select different financial products to invest on HuiJingShe's platform.

HEBT disclosed certain financials for both the Shanghai Fintech and its subsidiaries and the Financial Service segment, and those numbers, in our opinion, are simply too good to be true. According to HEBT, Shanghai Fintech was only consolidated into HEBT's 2019 financials since July 12, 2019 until end of 2019.

The table below summarizes the financials HEBT disclosed in 2019 20F.

| Shanghai Fintech and its Subsidiaries | 2019 | Financial Services Segment | 2019 |
|---|---|---|---|
| Revenues | $2,525,524 | Revenue | $2,525,524 |
| Net Income | $1,600,661 | Gross Profit | $2,506,032 |
| Net Margin | 63.40% | Segment profit (loss) | $1,469,306 |
| | | Segment Gross Margin | 99.20% |
| | | Segment Net Margin | 58.20% |

*Source: HEBT 2019 20 F*
*In our opinion, these numbers are simply too good to be true. In fact,  SAIC data suggests that they are operating at a loss in 2018. We find it hard to believe that the business suddenly turned into a 99.2% gross margin business in just one year*

**Website**
https://grizzlyreports.com/

 @ResearchGrizzly

AS OF THE PUBLICATION DATE OF THIS REPORT, GRIZZLY RESEARCH (POSSIBLY ALONG WITH OR THROUGH OUR MEMBERS, PARTNERS, AFFILIATES, EMPLOYEES, AND/OR CONSULTANTS) ALONG WITH OUR CLIENTS AND/OR INVESTORS HAS A DIRECT OR INDIRECT SHORT POSITION IN THE STOCK (AND/OR OPTIONS, SWAPS, AND OTHER DERIVATIVES RELATED TO ONE OR MORE OF THESE SECURITIES) OF THE COMPANY COVERED HEREIN, AND THEREFORE STANDS TO REALIZE SIGNIFICANT GAINS IN THE EVENT THAT THE PRICE OF HEBT'S STOCK DECLINES. THEREFORE, USE GRIZZLY RESEARCH'S RESEARCH AT YOUR OWN RISK. YOU SHOULD DO YOUR OWN RESEARCH AND DUE DILIGENCE BEFORE MAKING ANY INVESTMENT DECISION WITH RESPECT TO THE SECURITIES COVERED HEREIN. THE OPINIONS EXPRESSED IN THIS REPORT ARE NOT INVESTMENT ADVICE NOR SHOULD THEY BE CONSTRUED AS INVESTMENT ADVICE OR ANY RECOMMENDATION OF ANY KIND. FOLLOWING PUBLICATION OF THIS REPORT, WE MAY CONTINUE TRANSACTING IN THE SECURITIES COVERED THEREIN, AND WE MAY BE LONG, SHORT, OR NEUTRAL AT ANY TIME HEREAFTER REGARDLESS OF OUR INITIAL OPINION. © 2020  GRIZZLY RESEARCH LLC. ALL RIGHTS RESERVED.

June 3rd, 2020

Research Report on Hebron Technology Co., Ltd. (NASDAQ:HEBT)

# Shanghai Fintech - Financial Service Business Looks Sketchy

We do not understand why a company like Shanghai Fintech can have such high gross margin and net margin with such an undifferentiated product.

When we dug deeper into the HEBT's financial service segment our view of the company got even worse.

We searched the Baidu Index, which is similar to Google Trend in U.S., on the keyword "汇晶社" (Chinese character for "HuiJingShe"), the Baidu Index does not even have this keyword in its index system. Below is the result returned from Baidu Index after search keyword "汇晶社".

关键词 汇晶社 未被收录，如要查看相关数据，您需要购买创建新词的权限。
购买创建新词的权限后，您可以添加自己关注的关键词，添加后百度指数系统将在次日更新数据。

*Translation [Paraphrased]*
*Keyword "HuiJingShe" is not archived, if you want to view relevant data, you will need to purchase the option to create such keyword. Upon purchase, you can add your own keywords. The Baidu Index will update the relevant data regarding the keyword on the following day*

HuiJingShe definitely does not look to be a very popular product that people would search online, otherwise Baidu Index would have archived it long time ago.

We also went to website https://www.qimai.cn/ (七麦数据) check the total download data for the mobile app HuiJingShe. It struck us that the total download number of HuiJingShe on Android is only 20,869, and the download number for the past

30 days is only 2! Below is a screenshot from qimai.cn for HuiJingShe's download data.

Our research on Shanghai Fintech and its platform HuiJingShe does not support the extremely high margins that HEBT presents to its investors. strongly believe that Shanghai Fintech's financials are simply too good to be true, and seem fabricated.



*Source: www.qimai.cn*

**Website**
https://grizzlyreports.com/

 @ResearchGrizzly

AS OF THE PUBLICATION DATE OF THIS REPORT, GRIZZLY RESEARCH (POSSIBLY ALONG WITH OR THROUGH OUR MEMBERS, PARTNERS, AFFILIATES, EMPLOYEES, AND/OR CONSULTANTS) ALONG WITH OUR CLIENTS AND/OR INVESTORS HAS A DIRECT OR INDIRECT SHORT POSITION IN THE STOCK (AND/OR OPTIONS, SWAPS, AND OTHER DERIVATIVES RELATED TO ONE OR MORE OF THESE SECURITIES) OF THE COMPANY COVERED HEREIN, AND THEREFORE STANDS TO REALIZE SIGNIFICANT GAINS IN THE EVENT THAT THE PRICE OF HEBT'S STOCK DECLINES. THEREFORE, USE GRIZZLY RESEARCH'S RESEARCH AT YOUR OWN RISK. YOU SHOULD DO YOUR OWN RESEARCH AND DUE DILIGENCE BEFORE MAKING ANY INVESTMENT DECISION WITH RESPECT TO THE SECURITIES COVERED HEREIN. THE OPINIONS EXPRESSED IN THIS REPORT ARE NOT INVESTMENT ADVICE NOR SHOULD THEY BE CONSTRUED AS INVESTMENT ADVICE OR ANY RECOMMENDATION OF ANY KIND. FOLLOWING PUBLICATION OF THIS REPORT, WE MAY CONTINUE TRANSACTING IN THE SECURITIES COVERED THEREIN, AND WE MAY BE LONG, SHORT, OR NEUTRAL AT ANY TIME HEREAFTER REGARDLESS OF OUR INITIAL OPINION. © 2020 GRIZZLY RESEARCH LLC. ALL RIGHTS RESERVED.

June 3rd, 2020



**Research Report** on Hebron Technology Co., Ltd. (NASDAQ:HEBT)

## We Believe an Undisclosed Related Party Bought HEBT's Private Placement to Pump the Stock

On December 9, 2019, HEBT announced that:

> *"it has entered into a definitive share purchase agreement (the "Agreement") with two institutional investors, Jupiter Trading Co., Ltd (BVI) and Loong Fang Trading Co., Ltd (BVI), companies organized under the laws of the British Virgin Islands (the "Investors"), for the private placement of approximately 1.05 million of the Company's common shares (the "Common Shares") at $6.21 per share, resulting in expected gross proceeds of approximately $6.5 million. "*

And on May 1, 2020, HEBT further announced that:

> *"it has closed a previously announced private placement, in which the Company sold to two private investors an aggregate of 1,048,932 Class A common shares, par value $0.001 per share, at a price of $6.21 per share for total aggregate gross proceeds of approximately $6.5 million."*

The stock was trading at $0.85 a share in the beginning of 2019, and it went up over $2 a share after announced the acquisition of Shanghai Fintech in July 2019. The stock kept trending higher up to about $4.63 at the end of November 2019. The private placement deal announced by HEBT on December 9, 2019 really helped the stock get another leg up. The company has drawn a wrong picture to the U.S. investors. It seems as if external institutional investors are willing to pay a premium to market price to acquire shares.  However, in reality, this might just be a scheme planned ahead to artificially inflate the stock price of the company.



Here are the reasons why we believe this private placement is in fact an undisclosed related party transaction.

We believe the two institutional investors mentioned in HEBT's press release, Jupiter Trading Co., Ltd (BVI) and Loong Fang Trading Co., Ltd (BVI)" are controlled by two individuals who are related to HEBT and its biggest shareholder Bodang Liu.

In the EX-4.12 of HEBT's 2019 20F the company detailed the share purchase agreement between HEBT

**Website**
https://grizzlyreports.com/

 @ResearchGrizzly

AS OF THE PUBLICATION DATE OF THIS REPORT, GRIZZLY RESEARCH (POSSIBLY ALONG WITH OR THROUGH OUR MEMBERS, PARTNERS, AFFILIATES, EMPLOYEES, AND/OR CONSULTANTS) ALONG WITH OUR CLIENTS AND/OR INVESTORS HAS A DIRECT OR INDIRECT SHORT POSITION IN THE STOCK (AND/OR OPTIONS, SWAPS, AND OTHER DERIVATIVES RELATED TO ONE OR MORE OF THESE SECURITIES) OF THE COMPANY COVERED HEREIN, AND THEREFORE STANDS TO REALIZE SIGNIFICANT GAINS IN THE EVENT THAT THE PRICE OF HEBT'S STOCK DECLINES. THEREFORE, USE GRIZZLY RESEARCH'S RESEARCH AT YOUR OWN RISK. YOU SHOULD DO YOUR OWN RESEARCH AND DUE DILIGENCE BEFORE MAKING ANY INVESTMENT DECISION WITH RESPECT TO THE SECURITIES COVERED HEREIN. THE OPINIONS EXPRESSED IN THIS REPORT ARE NOT INVESTMENT ADVICE NOR SHOULD THEY BE CONSTRUED AS INVESTMENT ADVICE OR ANY RECOMMENDATION OF ANY KIND.  FOLLOWING PUBLICATION OF THIS REPORT, WE MAY CONTINUE TRANSACTING IN THE SECURITIES COVERED THEREIN, AND WE MAY BE LONG, SHORT, OR NEUTRAL AT ANY TIME HEREAFTER REGARDLESS OF OUR INITIAL OPINION.  © 2020  GRIZZLY RESEARCH LLC. ALL RIGHTS RESERVED.

June 3rd, 2020



**Research Report** on Hebron Technology Co., Ltd. (NASDAQ:HEBT)

# We Believe an Undisclosed Related Party Bought HEBT's Private Placement to Pump the Stock

and these two buyers. This agreement shows the name of the buyers and signing directors in a signing section. This is the starting information that ultimately led us to HEBT and Bodang Liu.



*Information that led us to discovering that these were related parties.*

First of all, the directors' name were listed in reverse, their last name was listed at first and their first name was listed next. In other words, if their names were to put in the American name's format with First Name and Last Name, their names would be Xuezhen Du and Shan Jiang.

Two PRC companies we found seem to be the domestic companies that are related to these two buyers and the corresponding directors, and they are:

• Zhujite (Shanghai) Trading Co., Ltd. ("Zhujite (Shanghai)", 朱吉特（上海）贸易有限公司)
• Longya (Shanghai) Trading Co., Ltd (Longya (Shanghai)", 龙牙（上海）贸易有限公司)

Zhujite (Shanghai) was established on April 2, 2020. Its 100% shareholder is 朱庇特贸易有限公司 (translation could be "Jupiter Trading Co., Ltd"),

and its legal representative is an individual named 杜学镇 (Xuezhen Du). The compnay has no registered phone number, email address and website. Its registered address is Room 1202, No.100, Taopu Road 130 Nong, Putuo District, City of Shanghai (上海市普陀区桃浦路130弄100号1202室).

Longya (Shanghai) was established on March 26, 2020. Its 100% shareholder is Loong Fang Trading Co., Ltd. and its legal representative is an individual named 姜山 (Shan Jiang). The compnay has no registered phone number, email address and website. Its registered address is Room 1196, No.100, Taopu Road 130 Nong, Putuo District, City of Shanghai (上海市普陀区桃浦路130弄100号1196室). **Note that the addresses are almost identical.**



*Source: SAIC*

**Website**
https://grizzlyreports.com/

 @ResearchGrizzly

AS OF THE PUBLICATION DATE OF THIS REPORT, GRIZZLY RESEARCH (POSSIBLY ALONG WITH OR THROUGH OUR MEMBERS, PARTNERS, AFFILIATES, EMPLOYEES, AND/OR CONSULTANTS) ALONG WITH OUR CLIENTS AND/OR INVESTORS HAS A DIRECT OR INDIRECT SHORT POSITION IN THE STOCK (AND/OR OPTIONS, SWAPS, AND OTHER DERIVATIVES RELATED TO ONE OR MORE OF THESE SECURITIES) OF THE COMPANY COVERED HEREIN, AND THEREFORE STANDS TO REALIZE SIGNIFICANT GAINS IN THE EVENT THAT THE PRICE OF HEBT'S STOCK DECLINES. THEREFORE, USE GRIZZLY RESEARCH'S RESEARCH AT YOUR OWN RISK. YOU SHOULD DO YOUR OWN RESEARCH AND DUE DILIGENCE BEFORE MAKING ANY INVESTMENT DECISION WITH RESPECT TO THE SECURITIES COVERED HEREIN. THE OPINIONS EXPRESSED IN THIS REPORT ARE NOT INVESTMENT ADVICE NOR SHOULD THEY BE CONSTRUED AS INVESTMENT ADVICE OR ANY RECOMMENDATION OF ANY KIND. FOLLOWING PUBLICATION OF THIS REPORT, WE MAY CONTINUE TRANSACTING IN THE SECURITIES COVERED THEREIN, AND WE MAY BE LONG, SHORT, OR NEUTRAL AT ANY TIME HEREAFTER REGARDLESS OF OUR INITIAL OPINION.  © 2020  GRIZZLY RESEARCH LLC. ALL RIGHTS RESERVED.

June 3rd, 2020



Research Report on Hebron Technology Co., Ltd. (NASDAQ:HEBT)

# We Believe an Undisclosed Related Party Bought HEBT's Private Placement to Pump the Stock



Shanghai NiSun Enterprise Management Group Co., Ltd ("NiSun Shanghai ") is a disclosed related party by HEBT because it is "an entity under common control". According to its website, this company conducts business investment and lending, and other buisness including financial consulting. Bodang Liu, HEBT's biggest shareholder, is NiSun Shanghai's Chairman and CEO. Within the network of NiSun Shanghai ) and Bodang Liu, we found links to the individuals named Xuezhen Du and Shan Jiang and we highly suspect these two individuals are the same two directors of the Buyers from HEBT's previously announced private placement.

---

**Website**
https://grizzlyreports.com/

 @ResearchGrizzly

AS OF THE PUBLICATION DATE OF THIS REPORT, GRIZZLY RESEARCH (POSSIBLY ALONG WITH OR THROUGH OUR MEMBERS, PARTNERS, AFFILIATES, EMPLOYEES, AND/OR CONSULTANTS) ALONG WITH OUR CLIENTS AND/OR INVESTORS HAS A DIRECT OR INDIRECT SHORT POSITION IN THE STOCK (AND/OR OPTIONS, SWAPS, AND OTHER DERIVATIVES RELATED TO ONE OR MORE OF THESE SECURITIES) OF THE COMPANY COVERED HEREIN, AND THEREFORE STANDS TO REALIZE SIGNIFICANT GAINS IN THE EVENT THAT THE PRICE OF HEBT'S STOCK DECLINES. THEREFORE, USE GRIZZLY RESEARCH'S RESEARCH AT YOUR OWN RISK. YOU SHOULD DO YOUR OWN RESEARCH AND DUE DILIGENCE BEFORE MAKING ANY INVESTMENT DECISION WITH RESPECT TO THE SECURITIES COVERED HEREIN. THE OPINIONS EXPRESSED IN THIS REPORT ARE NOT INVESTMENT ADVICE NOR SHOULD THEY BE CONSTRUED AS INVESTMENT ADVICE OR ANY RECOMMENDATION OF ANY KIND. FOLLOWING PUBLICATION OF THIS REPORT, WE MAY CONTINUE TRANSACTING IN THE SECURITIES COVERED THEREIN, AND WE MAY BE LONG, SHORT, OR NEUTRAL AT ANY TIME HEREAFTER REGARDLESS OF OUR INITIAL OPINION.  © 2020  GRIZZLY RESEARCH LLC. ALL RIGHTS RESERVED.

June 3rd, 2020



Research Report on Hebron Technology Co., Ltd. (NASDAQ:HEBT)

# We Believe an Undisclosed Related Party Bought HEBT's Private Placement to Pump the Stock

**Xuezhen Du (杜学镇) within NiSun Shanghai and Bodang Liu's Network**

Xuezhen Du has been 99% shareholder of a company called Ruise (Shanghai) Investment Management Consulting Co., Ltd ("Ruise (Shanghai)", 睿瑟 （上海）投资管理咨询有限公司), and the other 1% shareholder is another invididual Qiuzhen Li (李秋真). Qiuzhen Li is also 1% shareholder and the Supervisor of NiSun Shanghai, in which Bodang Liu is the current Chairman and CEO, and former 99% owner until October 2019.

Ruise (Shanghai)'s registered phone number is



*Source: Qichacha*

18221059110 and registered email address is cuilixin@cnisun.com. HEBT's July 2019 acquired VIE company Shanghai Fintech have exactly the same phone number and email address as Ruise (Shanghai). In the meantime, NiSun Shanghai also shares the same email address and its 2018 annualy filed phone is also 18221059110.

**Shan Jiang (姜山) within Bodang Liu's Network**

According to Qichacha, this Shan Jiang is currently involved with two companies that were both 100% owned by Benefactum Alliance Business Consultant (Beijing) Co., Ltd. ("Benefactum Beijing", 惠众 商务顾问（北京）有限公司). This Benefactum Beijing operates an online financial platform, www.hyjf.com ("HuiYingJinFu"", 汇盈金服), which is P2P platform designed to match investors with small and medium-sized enterprises ("SMEs") and individual borrowers in China. Benefactum Beijing is 99.99% owned by Bodang Liu, HEBT's current biggest shareholder.

Shan Jiang has been Qianhai Zhonghui Commerce Information Consulting Co., Ltd ("Zhonghui Commerce", 乾海众辉商务信息咨询有限公司)'s Supervisor since March 25, 2020. The Supervisor since Zhonghui Commerce's establishment on May 9, 2017 until March 25, 2020 was Xuezhen Du (杜学镇). The Legal Representative of Zhonghui Commerce is Qiuzhen Li (李秋真), who is also a 1% shareholder and the Supervisor of NiSun Shanghai, in which Bodang Liu is the current Chairman and CEO, and former 99% owner until October 2019.

In addition, Shan Jiang has been Puhui Equity Investment Co., Ltd ("Puhui Investment", 普辉股权 投资有限公司)'s Supervisor since April 14, 2020. The Supervisor since Puhui Investment's establishement on February 24, 2017 until April 14, 2020 was Xuezhen Du (杜学镇). The Legal Representative of Zhonghui Commerce is Qiuzhen Li (李秋真 ), who is also a 1% shareholder and the Supervisor of NiSun Shanghai, where Bodang Liu is the current Chairman and CEO, and former 99% owner until October 2019.

**Website**

https://grizzlyreports.com/

 @ResearchGrizzly

AS OF THE PUBLICATION DATE OF THIS REPORT, GRIZZLY RESEARCH (POSSIBLY ALONG WITH OR THROUGH OUR MEMBERS, PARTNERS, AFFILIATES, EMPLOYEES, AND/OR CONSULTANTS) ALONG WITH OUR CLIENTS AND/OR INVESTORS HAS A DIRECT OR INDIRECT SHORT POSITION IN THE STOCK (AND/OR OPTIONS, SWAPS, AND OTHER DERIVATIVES RELATED TO ONE OR MORE OF THESE SECURITIES) OF THE COMPANY COVERED HEREIN, AND THEREFORE STANDS TO REALIZE SIGNIFICANT GAINS IN THE EVENT THAT THE PRICE OF HEBT'S STOCK DECLINES. THEREFORE, USE GRIZZLY RESEARCH'S RESEARCH AT YOUR OWN RISK. YOU SHOULD DO YOUR OWN RESEARCH AND DUE DILIGENCE BEFORE MAKING ANY INVESTMENT DECISION WITH RESPECT TO THE SECURITIES COVERED HEREIN. THE OPINIONS EXPRESSED IN THIS REPORT ARE NOT INVESTMENT ADVICE NOR SHOULD THEY BE CONSTRUED AS INVESTMENT ADVICE OR ANY RECOMMENDATION OF ANY KIND. FOLLOWING PUBLICATION OF THIS REPORT, WE MAY CONTINUE TRANSACTING IN THE SECURITIES COVERED THEREIN, AND WE MAY BE LONG, SHORT, OR NEUTRAL AT ANY TIME HEREAFTER REGARDLESS OF OUR INITIAL OPINION. © 2020 GRIZZLY RESEARCH LLC. ALL RIGHTS RESERVED.

June 3rd, 2020



**Research Report** on Hebron Technology Co., Ltd. (NASDAQ:HEBT)

## Beijing Hengpu – Sham and Undisclosed Related Party Transaction with 1.44M Shares of HEBT

There is an acquisition that the company put into its 2019 20F yet it didn't put out a press release or 6K. HEBT claimed that it has already completed the acquisition of a company called Beijing Hengtai Puhui Information Service Co. Ltd. ("Beijing Hengpu", 北京恒泰普惠信息服务有限公司) on December 31, 2019 in exchange for issuance of 1,440,894 HEBT' shares to Beijing Hengpu's shareholders.

In EX-4.13 of HEBT's 2019 20F, the share exchange agreement stated that the Sellers of Beijing Hengpu are Guoya Investment Holding Co. Ltd. (BVI) ("Guoya BVI", Director: Liping Peng) and Hong-Kong D&L Technology Co., Limited ("HK D&L", Director: Xiaoyun Huang), where Guoya BVI owns 80% and HK D&L owns 20% of Beijing Hengpu.

In both EX-4.15 and EX-4.17 of HEBT's 2019 20F, it stated that Guoya Asset Management (Shenzhen) Co., Ltd. ("Guoya Shenzhen") holds 100% of equity interest of Beijing Hengpu, including the 30% equity agreed to transfer by Hengtai Xianfeng Investment Co, Ltd. ("Hengtai Xianfeng"). However, 6 months after these agreements, the SAIC still shows that Beijing Hengpu is owned 70% by Guoya Shenzhen and 30% owned by Hengtai Xianfeng. That means this 30% of the Beijing Hengpu owned

by Hengtai Xianfeng has never been transferred to Guoya Shenzhen. In addition, even if Guaya Shenzhen actually owns 100% of Beijing Hengpu, why the Sellers of Beijing Hengpu are to be divided into 80% for Guoya BVI and 20% for HK D&L? Suppose Guoya BVI truly owns 100% of Beijing Hengpu through its PRC entity Guoya Shenzhen, why would Guoya BVI want to give out 20% of the sales proceeds to this Hong Kong company HK D&L? Things just don't add up in here. Based on our research, HK D&L is incorporated in Hong Kong on June 24, 2019 and the company's founding member is Xiaoyun Huang (黄筱赟), who is an undisclosed related party to Bodang Liu (which we would illustrate in later context in details). In addition, as the date of this report, the share pledge from both of these two shareholders of Beijing Hengpu still hasn't fully completed yet. Based on all these information gathered, we believe this transaction is a sham transaction that has vastly been mispresented to the U.S. investors.

The diagram below shows what HEBT claimed in its filings and what is as of this date of the report.





---

**Website**
https://grizzlyreports.com/

 @ResearchGrizzly

AS OF THE PUBLICATION DATE OF THIS REPORT, GRIZZLY RESEARCH (POSSIBLY ALONG WITH OR THROUGH OUR MEMBERS, PARTNERS, AFFILIATES, EMPLOYEES, AND/OR CONSULTANTS) ALONG WITH OUR CLIENTS AND/OR INVESTORS HAS A DIRECT OR INDIRECT SHORT POSITION IN THE STOCK (AND/OR OPTIONS, SWAPS, AND OTHER DERIVATIVES RELATED TO ONE OR MORE OF THESE SECURITIES) OF THE COMPANY COVERED HEREIN, AND THEREFORE STANDS TO REALIZE SIGNIFICANT GAINS IN THE EVENT THAT THE PRICE OF HEBT'S STOCK DECLINES. THEREFORE, USE GRIZZLY RESEARCH'S RESEARCH AT YOUR OWN RISK. YOU SHOULD DO YOUR OWN RESEARCH AND DUE DILIGENCE BEFORE MAKING ANY INVESTMENT DECISION WITH RESPECT TO THE SECURITIES COVERED HEREIN. THE OPINIONS EXPRESSED IN THIS REPORT ARE NOT INVESTMENT ADVICE NOR SHOULD THEY BE CONSTRUED AS INVESTMENT ADVICE OR ANY RECOMMENDATION OF ANY KIND. FOLLOWING PUBLICATION OF THIS REPORT, WE MAY CONTINUE TRANSACTING IN THE SECURITIES COVERED THEREIN, AND WE MAY BE LONG, SHORT, OR NEUTRAL AT ANY TIME HEREAFTER REGARDLESS OF OUR INITIAL OPINION. © 2020 GRIZZLY RESEARCH LLC. ALL RIGHTS RESERVED.

June 3rd, 2020



Research Report on Hebron Technology Co., Ltd. (NASDAQ:HEBT)

# Beijing Hengpu – Sham and Undisclosed Related Party Transaction with 1.44M Shares of HEBT

**Besides being a Sham Transaction, Beijing Hengpu is also a Related Party of Bodang Liu and HEBT**

According to HEBT's disclosure the acquisition happened at arm's length. We strongly doubt that. The most recent personnel change of Beijing Hengpu happened in May 2018, and this was before HEBT's claimed acquisition of Beijing Hengpu in December 2019. Currently Beijing Hengpu's legal representative is Xiaoyun Huang (黄筱赟) and one of its directors is Peng Jiang (江鹏) who is also Beijing Hengpu's manager. In addition, The 20% Seller HK D&L mentioned above is also founded and owned by Xiaoyun Huang. Below is Xiaoyun Huang's signature on HK D&L's Incorporation Form in Hong Kong. **Both of these two people are related to Bodang Liu and HEBT.**



source: https://www.icris.cr.gov.hk/csci/

*Xiaoyun Huang (黄筱赟)*

Xiaoyun Huang is reported to be both HuiYingJinFu's executive CEO and NiSun Shanghai's Chief Fintech Officer. HuiYingJinFu is operated under Benefactum Beijing, a company 99.99% owned by HEBT's current biggest shareholder, Bodang Liu. NiSun Shanghai's current Chairman and CEO is Bodang Liu.



**Website**
https://grizzlyreports.com/

 @ResearchGrizzly

AS OF THE PUBLICATION DATE OF THIS REPORT, GRIZZLY RESEARCH (POSSIBLY ALONG WITH OR THROUGH OUR MEMBERS, PARTNERS, AFFILIATES, EMPLOYEES, AND/OR CONSULTANTS) ALONG WITH OUR CLIENTS AND/OR INVESTORS HAS A DIRECT OR INDIRECT SHORT POSITION IN THE STOCK (AND/OR OPTIONS, SWAPS, AND OTHER DERIVATIVES RELATED TO ONE OR MORE OF THESE SECURITIES) OF THE COMPANY COVERED HEREIN, AND THEREFORE STANDS TO REALIZE SIGNIFICANT GAINS IN THE EVENT THAT THE PRICE OF HEBT'S STOCK DECLINES. THEREFORE, USE GRIZZLY RESEARCH'S RESEARCH AT YOUR OWN RISK. YOU SHOULD DO YOUR OWN RESEARCH AND DUE DILIGENCE BEFORE MAKING ANY INVESTMENT DECISION WITH RESPECT TO THE SECURITIES COVERED HEREIN. THE OPINIONS EXPRESSED IN THIS REPORT ARE NOT INVESTMENT ADVICE NOR SHOULD THEY BE CONSTRUED AS INVESTMENT ADVICE OR ANY RECOMMENDATION OF ANY KIND. FOLLOWING PUBLICATION OF THIS REPORT, WE MAY CONTINUE TRANSACTING IN THE SECURITIES COVERED THEREIN, AND WE MAY BE LONG, SHORT, OR NEUTRAL AT ANY TIME HEREAFTER REGARDLESS OF OUR INITIAL OPINION. © 2020 GRIZZLY RESEARCH LLC. ALL RIGHTS RESERVED.

June 3rd, 2020



Research Report on Hebron Technology Co., Ltd. (NASDAQ:HEBT)

# Beijing Hengpu – Sham and Undisclosed Related Party Transaction with 1.44M Shares of HEBT

According to this media report on May 13, 2019, management and employees of HuiYingJinFu participated in the marathon activity in city of Qingdao, Shandong Province. The article mentions Xiaoyun Huang as HuiYingJinFu's CEO.

> "...作为五四运动的缘起地、汇盈金服的发源地，由汇盈金服执行CEO黄筱赞先生领航，一群元气满满的汇盈健儿，组成了汇盈奔跑团，展现着汇盈蓬勃向上的精神风貌！…"
>
> *Translation [Paraphrased]*
> *"...as the origin of May 4th movement and HuiYingJinFu, lead by HuiYingJinFu's executive CEO Xiaoyun Huang, a group of HuiYing athletes formed the HuiYing running group, demonstrating HuiYing's uptrending spirit!..."*

Another media report on December 20, 2018 shows that Xiaoyun Huang is also the Chief Fintech Officer of NiSun Shanghai, where Bodang Liu was Chairman and CEO and 99% shareholder until October 2019. Below is a part of Mr. Huang's speech according to the report.

> "说这个话题之前我得介绍一下宁圣企业管理集团，大家对宁圣这个企业不太熟悉，宁圣是致力于投资金融科技的企业管理集团，我们在近几年除了我们自身自己打造了一个汇盈金服之外，我们陆陆续续投资了新三板的中钢网，投资了成都的医美分期给米科技，包括我们现在在做的一个智能投顾平台叫宽策略，我本人title也比较特殊，叫首席金融科技官，也意味着我们集团在金融科技会有自己的一些布局和探索。"
>
> *Translation [Paraphrase]*
> *"Before talking about this topic, I need to introduce Nisun Enterprise Management Group [NiSun Shanghai]. People are not familiar with [Shanghai] Nisun, and [Shanghai] Nisun is an enterprise management group that aims to invest fintech sector. In the recent few years besides building HuiYingJinFu, we invested in Zhonggang Wang, and medicine and beauty installment company Geimi Technology, including a smart investment advisory platform Kuancelve. My own title is a little special, Chief Fintech Officer, this also means our [NiSun Shanghai] group will have some plan and exploration in the Fintech sector. "*

## Peng Jiang (江鹏)

Peng Jiang is NiSun Shanghai's Legal Representative, Vice President and 99% Shareholder. He is also the Legal Representative of HEBT VIE company Shanghai Fintech.

Bodang Liu is NiSun Shanghai's current Chairman and CEO. According to SAIC information, Peng Jiang is NiSun Shanghai's current legal presentative and 99% shareholder.

| 统一社会信用代码：91310115086229075T | 企业名称：上海宁圣企业管理集团有限公司 |
|---|---|
| 类型：有限责任公司(自然人投资或控股) | 法定代表人：江鹏 |

What's worth noting is that Bodang Liu ceased to be the legal representative and the 99% shareholder of NiSun Shanghai on October 17, 2019, and Peng Jiang replaced him for these two positions.



*Source: Qichacha*

**Website**
https://grizzlyreports.com/

 @ResearchGrizzly

AS OF THE PUBLICATION DATE OF THIS REPORT, GRIZZLY RESEARCH (POSSIBLY ALONG WITH OR THROUGH OUR MEMBERS, PARTNERS, AFFILIATES, EMPLOYEES, AND/OR CONSULTANTS) ALONG WITH OUR CLIENTS AND/OR INVESTORS HAS A DIRECT OR INDIRECT SHORT POSITION IN THE STOCK (AND/OR OPTIONS, SWAPS, AND OTHER DERIVATIVES RELATED TO ONE OR MORE OF THESE SECURITIES) OF THE COMPANY COVERED HEREIN, AND THEREFORE STANDS TO REALIZE SIGNIFICANT GAINS IN THE EVENT THAT THE PRICE OF HEBT'S STOCK DECLINES. THEREFORE, USE GRIZZLY RESEARCH'S RESEARCH AT YOUR OWN RISK. YOU SHOULD DO YOUR OWN RESEARCH AND DUE DILIGENCE BEFORE MAKING ANY INVESTMENT DECISION WITH RESPECT TO THE SECURITIES COVERED HEREIN. THE OPINIONS EXPRESSED IN THIS REPORT ARE NOT INVESTMENT ADVICE NOR SHOULD THEY BE CONSTRUED AS INVESTMENT ADVICE OR ANY RECOMMENDATION OF ANY KIND. FOLLOWING PUBLICATION OF THIS REPORT, WE MAY CONTINUE TRANSACTING IN THE SECURITIES COVERED THEREIN, AND WE MAY BE LONG, SHORT, OR NEUTRAL AT ANY TIME HEREAFTER REGARDLESS OF OUR INITIAL OPINION. © 2020 GRIZZLY RESEARCH LLC. ALL RIGHTS RESERVED.

June 3rd, 2020



Research Report on Hebron Technology Co., Ltd. (NASDAQ:HEBT)

## Beijing Hengpu – Sham and Undisclosed Related Party Transaction with 1.44M Shares of HEBT

NiSun Shanghai's official website shows Bodang Liu as Chairman and CEO, and Peng Jiang as the company's Vice President.







In the meantime, Peng Jiang is also shown as the legal representative of HEBT's other VIE company Shanghai Fintech, which was acquired by HEBT in July 2019.

*Source: Qichacha*



**Website**
https://grizzlyreports.com/

🐦 @ResearchGrizzly

AS OF THE PUBLICATION DATE OF THIS REPORT, GRIZZLY RESEARCH (POSSIBLY ALONG WITH OR THROUGH OUR MEMBERS, PARTNERS, AFFILIATES, EMPLOYEES, AND/OR CONSULTANTS) ALONG WITH OUR CLIENTS AND/OR INVESTORS HAS A DIRECT OR INDIRECT SHORT POSITION IN THE STOCK (AND/OR OPTIONS, SWAPS, AND OTHER DERIVATIVES RELATED TO ONE OR MORE OF THESE SECURITIES) OF THE COMPANY COVERED HEREIN, AND THEREFORE STANDS TO REALIZE SIGNIFICANT GAINS IN THE EVENT THAT THE PRICE OF HEBT'S STOCK DECLINES. THEREFORE, USE GRIZZLY RESEARCH'S RESEARCH AT YOUR OWN RISK. YOU SHOULD DO YOUR OWN RESEARCH AND DUE DILIGENCE BEFORE MAKING ANY INVESTMENT DECISION WITH RESPECT TO THE SECURITIES COVERED HEREIN. THE OPINIONS EXPRESSED IN THIS REPORT ARE NOT INVESTMENT ADVICE NOR SHOULD THEY BE CONSTRUED AS INVESTMENT ADVICE OR ANY RECOMMENDATION OF ANY KIND. FOLLOWING PUBLICATION OF THIS REPORT, WE MAY CONTINUE TRANSACTING IN THE SECURITIES COVERED THEREIN, AND WE MAY BE LONG, SHORT, OR NEUTRAL AT ANY TIME HEREAFTER REGARDLESS OF OUR INITIAL OPINION. © 2020 GRIZZLY RESEARCH LLC. ALL RIGHTS RESERVED.

June 3rd, 2020



**Research Report** on Hebron Technology Co., Ltd. (NASDAQ:HEBT)

# Beijing Hengpu – Sham and Undisclosed Related Party Transaction with 1.44M Shares of HEBT

### Beijing Hengpu's Business Does Not Seem to be Doing Well at All

Beijing Hengqpu is a fintech platform that focuses on financing companies which are listed on China's New Three Board. However, a closer look on Beijing Hengpu's website does not give investors particular confidence in this company's business, rather it raises red flags about the current business status.

First of all, if we select the "capital raising in process" button, there are no investment products available to be selected. How does an investment platform not have any investment products listed? Below is the product list which has 0 products available after we selected "capital raising in process" button.



*There are no investment products available to be selected, indicating minimal business activities*

Secondly, there are deep issues with the investment products that are already sold and haven't been paid out yet to investors.



*Big issues with investment products that haven't been paid out to investors. In fact, we don't believe they will paid out at all*

**Website**

https://grizzlyreports.com/

 @ResearchGrizzly

AS OF THE PUBLICATION DATE OF THIS REPORT, GRIZZLY RESEARCH (POSSIBLY ALONG WITH OR THROUGH OUR MEMBERS, PARTNERS, AFFILIATES, EMPLOYEES, AND/OR CONSULTANTS) ALONG WITH OUR CLIENTS AND/OR INVESTORS HAS A DIRECT OR INDIRECT SHORT POSITION IN THE STOCK (AND/OR OPTIONS, SWAPS, AND OTHER DERIVATIVES RELATED TO ONE OR MORE OF THESE SECURITIES) OF THE COMPANY COVERED HEREIN, AND THEREFORE STANDS TO REALIZE SIGNIFICANT GAINS IN THE EVENT THAT THE PRICE OF HEBT'S STOCK DECLINES. THEREFORE, USE GRIZZLY RESEARCH'S RESEARCH AT YOUR OWN RISK. YOU SHOULD DO YOUR OWN RESEARCH AND DUE DILIGENCE BEFORE MAKING ANY INVESTMENT DECISION WITH RESPECT TO THE SECURITIES COVERED HEREIN. THE OPINIONS EXPRESSED IN THIS REPORT ARE NOT INVESTMENT ADVICE NOR SHOULD THEY BE CONSTRUED AS INVESTMENT ADVICE OR ANY RECOMMENDATION OF ANY KIND. FOLLOWING PUBLICATION OF THIS REPORT, WE MAY CONTINUE TRANSACTING IN THE SECURITIES COVERED THEREIN, AND WE MAY BE LONG, SHORT, OR NEUTRAL AT ANY TIME HEREAFTER REGARDLESS OF OUR INITIAL OPINION. © 2020 GRIZZLY RESEARCH LLC. ALL RIGHTS RESERVED.

June 3rd, 2020



**GRIZZLY**
R E P O R T S

Research Report on Hebron Technology Co., Ltd. (NASDAQ:HEBT)

# Beijing Hengpu – Sham and Undisclosed Related Party Transaction with 1.44M Shares of HEBT

The first investment product shown above is about a New Three Board listed company called Gongzhun Gufen. The short story is Gongzhun Gufen's Chairman Yiwen Han borrowed a total of RMB 60 million from many individual investors through Beijing Hengpu's platform in August 2016, and the original term was 1 year with annual interest of 6.5%. Chairman Han did not pay back the money on time. The fact that this product, after almost 4 years since its launch, is still listed as interest payment in process is very concerning.  What's worth noting is that this Gongzhun Gufen was reported to have overstated revenues by RMB 1.1 billion and faked hundreds of millions of cash.

The second investment product shown above is about a New Three Board listed company called Lanbo Lvjian. According to this notice, the borrower of this RMB 11 million with term of 1 year and 6.5% annual interest rate defaulted in August 2017. Based on the fact that this product is still listed as interest payment in process probably indicates that borrowers might never see their money back. What's worth noting is that this Lanbo Lvjian has already been delisted in December 2018 from the New Three Board due to its failing to file the 2017 annual report.

New Three Board in China is the lower-tier stock exchange in mainland China compared to

Shanghai and Shenzhen stock exchanges. The risk of encountering fraudulent companies on New Three Board is much higher and this makes Beijing Hengpu's borrowing business for companies on the New Three Board very risky. Even though Beijing Hengpu is acting as the intermediary for the individual investors and the companies from New Three Board, the legal and financial risk is still very high. It is also reasonable to assume that investor interest is not too great since there are currently no investment opportunities listed on the platform.

The Neimenggu Provincial Branch of China Securities Regulatory Commission (CSRC) issued a notice to a securities company called Hengtai Securities. Part of the notice stated that Hengtai Securities' P2P financial product sales through Beijing Hengpu are against the rules and illegal. The notice even used the above-mentioned Gongzhun Gufen's product as an example.

Based on the information we gathered, we don't believe any real third party would be willing to pay $11.4 million for Beijing Hengpu. In fact, we would like to go a little further and state that we do not believe a real third party would be willing to pay anything for this company, considering the current stringent regulatory environment for the P2P sector and the risky business Beijing Hengpu is in.

**Website**
https://grizzlyreports.com/

 @ResearchGrizzly

AS OF THE PUBLICATION DATE OF THIS REPORT, GRIZZLY RESEARCH (POSSIBLY ALONG WITH OR THROUGH OUR MEMBERS, PARTNERS, AFFILIATES, EMPLOYEES, AND/OR CONSULTANTS) ALONG WITH OUR CLIENTS AND/OR INVESTORS HAS A DIRECT OR INDIRECT SHORT POSITION IN THE STOCK (AND/OR OPTIONS, SWAPS, AND OTHER DERIVATIVES RELATED TO ONE OR MORE OF THESE SECURITIES) OF THE COMPANY COVERED HEREIN, AND THEREFORE STANDS TO REALIZE SIGNIFICANT GAINS IN THE EVENT THAT THE PRICE OF HEBT'S STOCK DECLINES. THEREFORE, USE GRIZZLY RESEARCH'S RESEARCH AT YOUR OWN RISK. YOU SHOULD DO YOUR OWN RESEARCH AND DUE DILIGENCE BEFORE MAKING ANY INVESTMENT DECISION WITH RESPECT TO THE SECURITIES COVERED HEREIN. THE OPINIONS EXPRESSED IN THIS REPORT ARE NOT INVESTMENT ADVICE NOR SHOULD THEY BE CONSTRUED AS INVESTMENT ADVICE OR ANY RECOMMENDATION OF ANY KIND.  FOLLOWING PUBLICATION OF THIS REPORT, WE MAY CONTINUE TRANSACTING IN THE SECURITIES COVERED THEREIN, AND WE MAY BE LONG, SHORT, OR NEUTRAL AT ANY TIME HEREAFTER REGARDLESS OF OUR INITIAL OPINION.  © 2020  GRIZZLY RESEARCH LLC. ALL RIGHTS RESERVED.

June 3rd, 2020

Research Report on Hebron Technology Co., Ltd. (NASDAQ:HEBT)

# Nami Acquisition – Undisclosed Related Party Transaction with $7M in cash and 1.56M shares of HEBT

According to the company's filing on May 22, 2020, the company entered into a definitive share purchase agreement with Nami Holding (Cayman) Co., Ltd. ("Nami"), a Cayman Islands exempted company, and Nami Holding (BVI) Co., Ltd (SPV), shareholder of Nami (the "Seller") on May 12, 2020, to acquire all of the outstanding ordinary shares of Nami. And "Nami is the parent company of a financial advisory services group that is majority-owned and controlled by Mr. Jinbao Li." Pursuant to the agreement, the Seller would receive about $7.05 million in cash and 1,562,726 shares of HEBT valued at price of ~$11.73 per share.

We believe this transaction is an undisclosed related party transaction that is meant to enrich HEBT's current biggest shareholder, Bodang Liu.

We were able to find a Hong Kong registered company named Nami Holding (Hong Kong) Co., Limited ("Nami Holding (Hong Kong)", established in May 2019) whose founder and shareholder is Jinbao Li (李金保). We believe this Jinbao Li is the same Jinbao Li that was mentioned in HEBT's filing. Below are the screenshots from the annual return of the HK company Nami Holding (Hong Kong).

| 1 | 公司名稱 Company Name | | | | | |
|---|---|---|---|---|---|---|
| | Nami Holding (Hong Kong) Co., Limited 納覓控股（香港）有限公司 | | | | | |
| 股份類別 Class of Shares | Ordinary | | | | | |
| 此類別股份的已發行總數 Total Number of Issued Shares in this Class | 10,000 | | | | | |

| | | | 股份 Shares | | | |
|---|---|---|---|---|---|---|
| 姓名／名稱 Name | 地址 Address | 現時持有量 Current Holding | 轉讓 * Transferred * | | | 備註 Remarks |
| | | | 數目 Number | 日期 Date | | |
| 李金保 LI JINBAO | 603 Unit 3, Unit 3, No. 28, Zhenjiang Road, Shibei District, Qingdao, Shandong, China | 10,000 | | | | |

According to the SAIC information, this Nami Holding (Hong Kong) is the 100% owner of a PRC company named Shanghai Naqing Enterprise Management Co., Ltd. ("Shanghai Naqing", 上海纳卿企业管理有限公司)



*Source: Qichacha*

**Website**
https://grizzlyreports.com/

 @ResearchGrizzly

AS OF THE PUBLICATION DATE OF THIS REPORT, GRIZZLY RESEARCH (POSSIBLY ALONG WITH OR THROUGH OUR MEMBERS, PARTNERS, AFFILIATES, EMPLOYEES, AND/OR CONSULTANTS) ALONG WITH OUR CLIENTS AND/OR INVESTORS HAS A DIRECT OR INDIRECT SHORT POSITION IN THE STOCK (AND/OR OPTIONS, SWAPS, AND OTHER DERIVATIVES RELATED TO ONE OR MORE OF THESE SECURITIES) OF THE COMPANY COVERED HEREIN, AND THEREFORE STANDS TO REALIZE SIGNIFICANT GAINS IN THE EVENT THAT THE PRICE OF HEBT'S STOCK DECLINES. THEREFORE, USE GRIZZLY RESEARCH'S RESEARCH AT YOUR OWN RISK. YOU SHOULD DO YOUR OWN RESEARCH AND DUE DILIGENCE BEFORE MAKING ANY INVESTMENT DECISION WITH RESPECT TO THE SECURITIES COVERED HEREIN. THE OPINIONS EXPRESSED IN THIS REPORT ARE NOT INVESTMENT ADVICE NOR SHOULD THEY BE CONSTRUED AS INVESTMENT ADVICE OR ANY RECOMMENDATION OF ANY KIND. FOLLOWING PUBLICATION OF THIS REPORT, WE MAY CONTINUE TRANSACTING IN THE SECURITIES COVERED THEREIN, AND WE MAY BE LONG, SHORT, OR NEUTRAL AT ANY TIME HEREAFTER REGARDLESS OF OUR INITIAL OPINION. © 2020 GRIZZLY RESEARCH LLC. ALL RIGHTS RESERVED.

June 3rd, 2020

**Research Report** on Hebron Technology Co., Ltd. (NASDAQ:HEBT)

# Nami Acquisition – Undisclosed Related Party Transaction with $7M in cash and 1.56M shares of HEBT

On May 20, 2020, according to the SAIC information Shanghai Nami Financial Consulting Co., Ltd ("Shanghai Nami", 上海纳觅财务咨询有限公司) shares were pledged to Shanghai Naqing.

Two shareholders of Shanghai Nami who pledged their shares are:

1) Jinbao Li (李金保) pledging 85% of Shanghai Nami
2) Xin Liu(刘鑫) pledging 15% of Shanghai Nami.



*Source: Qichacha*

After this share pledge, essentially Shanghai Nami is contractually under control of Nami Holding (Hong Kong) and Jinbao Li.

- Shanghai Naqing was established on August 23, 2019
- Shanghai Nami was established on June 4, 2015

We discovered numerous evidence indicating that Shanghai Nami is HEBT's related party.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Evidence 1: Shanghai Nami seems to be an alter ego of Benefactum Beijing, which is 99.99% owned by HEBT's biggest shareholder, Bodang Liu**

According to the company's 20F, Bodang Liu, through a Cayman Islands company called NiSun International Enterprise Management Group Co., Ltd., holds 7,778,400 shares of HEBT, which accounts for 46.94% of company's total outstanding shares. Chairman Liu is also a 99.99% owner of a company called Benefactum Alliance Business Consultant (Beijing) Co., Ltd. ("Benefactum Beijing", 惠众商务顾问（北京）有限公司).



*Source: Qichacha*



**Website**
https://grizzlyreports.com/

@ResearchGrizzly

AS OF THE PUBLICATION DATE OF THIS REPORT, GRIZZLY RESEARCH (POSSIBLY ALONG WITH OR THROUGH OUR MEMBERS, PARTNERS, AFFILIATES, EMPLOYEES, AND/OR CONSULTANTS) ALONG WITH OUR CLIENTS AND/OR INVESTORS HAS A DIRECT OR INDIRECT SHORT POSITION IN THE STOCK (AND/OR OPTIONS, SWAPS, AND OTHER DERIVATIVES RELATED TO ONE OR MORE OF THESE SECURITIES) OF THE COMPANY COVERED HEREIN, AND THEREFORE STANDS TO REALIZE SIGNIFICANT GAINS IN THE EVENT THAT THE PRICE OF HEBT'S STOCK DECLINES. THEREFORE, USE GRIZZLY RESEARCH'S RESEARCH AT YOUR OWN RISK. YOU SHOULD DO YOUR OWN RESEARCH AND DUE DILIGENCE BEFORE MAKING ANY INVESTMENT DECISION WITH RESPECT TO THE SECURITIES COVERED HEREIN. THE OPINIONS EXPRESSED IN THIS REPORT ARE NOT INVESTMENT ADVICE NOR SHOULD THEY BE CONSTRUED AS INVESTMENT ADVICE OR ANY RECOMMENDATION OF ANY KIND. FOLLOWING PUBLICATION OF THIS REPORT, WE MAY CONTINUE TRANSACTING IN THE SECURITIES COVERED THEREIN, AND WE MAY BE LONG, SHORT, OR NEUTRAL AT ANY TIME HEREAFTER REGARDLESS OF OUR INITIAL OPINION. © 2020 GRIZZLY RESEARCH LLC. ALL RIGHTS RESERVED.

June 3rd, 2020

Research Report on Hebron Technology Co., Ltd. (NASDAQ:HEBT)

## Nami Acquisition – Undisclosed Related Party Transaction with $7M in cash and 1.56M shares of HEBT

According to the job recruitment website, there are numerous job postings where HuiYingJinFu's HR is hiring under Shanghai Nami's company page. We believe Shanghai Nami is simply an alter ego of HuiYingJinFu, thus a related party of HEBT. HEBT failed to disclose this relationship.

Below are some screenshots of the job postings that HuiYingJinFu's HR is hiring under Shanghai Nami's name.



**Website**
https://grizzlyreports.com/

 @ResearchGrizzly

AS OF THE PUBLICATION DATE OF THIS REPORT, GRIZZLY RESEARCH (POSSIBLY ALONG WITH OR THROUGH OUR MEMBERS, PARTNERS, AFFILIATES, EMPLOYEES, AND/OR CONSULTANTS) ALONG WITH OUR CLIENTS AND/OR INVESTORS HAS A DIRECT OR INDIRECT SHORT POSITION IN THE STOCK (AND/OR OPTIONS, SWAPS, AND OTHER DERIVATIVES RELATED TO ONE OR MORE OF THESE SECURITIES) OF THE COMPANY COVERED HEREIN, AND THEREFORE STANDS TO REALIZE SIGNIFICANT GAINS IN THE EVENT THAT THE PRICE OF HEBT'S STOCK DECLINES. THEREFORE, USE GRIZZLY RESEARCH'S RESEARCH AT YOUR OWN RISK. YOU SHOULD DO YOUR OWN RESEARCH AND DUE DILIGENCE BEFORE MAKING ANY INVESTMENT DECISION WITH RESPECT TO THE SECURITIES COVERED HEREIN. THE OPINIONS EXPRESSED IN THIS REPORT ARE NOT INVESTMENT ADVICE NOR SHOULD THEY BE CONSTRUED AS INVESTMENT ADVICE OR ANY RECOMMENDATION OF ANY KIND. FOLLOWING PUBLICATION OF THIS REPORT, WE MAY CONTINUE TRANSACTING IN THE SECURITIES COVERED THEREIN, AND WE MAY BE LONG, SHORT, OR NEUTRAL AT ANY TIME HEREAFTER REGARDLESS OF OUR INITIAL OPINION. © 2020 GRIZZLY RESEARCH LLC. ALL RIGHTS RESERVED.

June 3rd, 2020

Research Report on Hebron Technology Co., Ltd. (NASDAQ:HEBT)

# Nami Acquisition – Undisclosed Related Party Transaction with $7M in cash and 1.56M shares of HEBT

**Evidence 2: The corporate connections of 15% shareholder of Shanghai Nami, Xin Liu, and other parties makes us strongly believe Bodang Liu is behind the deal**

Besides being involved in Shanghai Nami, Xin Liu is also a 5% equity holder and legal representative of a company called Shixun (Shanghai) Network Technology Co., Ltd. ("Shanghai Shixun", 狮讯（上海）网络科技有限公司). The registered phone number and email address of Shanghai Shixun is 18221059110 and cuilixin@cnisun.com. The company that HEBT acquired in July 2019, Fintech (Shanghai) Digital Technology Co., Ltd ("Shanghai Fintech") shares the same phone and email address. In addition, Nisun Shanghai, a HEBT disclosed related party that is controlled by Bodang Liu, also shares the same current email address. Its 2018 registered phone number, according to qichacha, is the same as Shanghai Shixun's phone number mentioned above.



**Website**
https://grizzlyreports.com/

 @ResearchGrizzly

AS OF THE PUBLICATION DATE OF THIS REPORT, GRIZZLY RESEARCH (POSSIBLY ALONG WITH OR THROUGH OUR MEMBERS, PARTNERS, AFFILIATES, EMPLOYEES, AND/OR CONSULTANTS) ALONG WITH OUR CLIENTS AND/OR INVESTORS HAS A DIRECT OR INDIRECT SHORT POSITION IN THE STOCK (AND/OR OPTIONS, SWAPS, AND OTHER DERIVATIVES RELATED TO ONE OR MORE OF THESE SECURITIES) OF THE COMPANY COVERED HEREIN, AND THEREFORE STANDS TO REALIZE SIGNIFICANT GAINS IN THE EVENT THAT THE PRICE OF HEBT'S STOCK DECLINES. THEREFORE, USE GRIZZLY RESEARCH'S RESEARCH AT YOUR OWN RISK. YOU SHOULD DO YOUR OWN RESEARCH AND DUE DILIGENCE BEFORE MAKING ANY INVESTMENT DECISION WITH RESPECT TO THE SECURITIES COVERED HEREIN. THE OPINIONS EXPRESSED IN THIS REPORT ARE NOT INVESTMENT ADVICE NOR SHOULD THEY BE CONSTRUED AS INVESTMENT ADVICE OR ANY RECOMMENDATION OF ANY KIND. FOLLOWING PUBLICATION OF THIS REPORT, WE MAY CONTINUE TRANSACTING IN THE SECURITIES COVERED THEREIN, AND WE MAY BE LONG, SHORT, OR NEUTRAL AT ANY TIME HEREAFTER REGARDLESS OF OUR INITIAL OPINION. © 2020 GRIZZLY RESEARCH LLC. ALL RIGHTS RESERVED.

June 3rd, 2020

Research Report on Hebron Technology Co., Ltd. (NASDAQ:HEBT)

# Nami Acquisition – Undisclosed Related Party Transaction with $7M in cash and 1.56M shares of HEBT

**Evidence 3: Media reports indicate Shanghai Nami is a subsidiary under NiSun Shanghai. Xin Liu and Jinbao Li are essentially management members of a subsidiary of NiSun Shanghai**

According to an article published by Nisun Group itself (wechat account is managed by Nisun Shanghai ) Shanghai Nami is a subsidiary of Huiying Financial Holdings, whose controller and Chairman is Bodang Liu. It also states that Jinbo Li is the CEO of a subsidiary that is under control of Huiying Financial Holdings and NiSun Shanghai.

However, when we went to NiSun Shanghai's official WeChat account, we found that the article

> 2018年3月28日，汇盈金控董事长刘伯党、副总裁江鹏；旗下子公司纳觅财富（上海纳觅财务咨询有限公司）总裁李金保、纳觅财富财务总监张岩；战略合作伙伴宽策略智投CEO李琦、合伙人冯也伦与新加坡奕丰集团董事长林长征、总经理梁威克在汇盈金控集团董事长办公室就达成双方战略合作，进行了商务会谈。
>
> *Translation [Paraphrased]*
> *On March 28, 2018, HuiYing Financial Holdings Chairman Bodang Liu, Vice President Peng Jiang, [HuiYing Financial Holdings'] subsidiary Nami Wealth (Shanghai Nami Financial Consulting Co., Ltd.) CEO Jinbao Li, Nami Wealth CFO Yan Zhang, strategic cooperation partner Kuancelve Smart Investment CEO Qi Li and partner Yelun Feng, and iFAST Corporation Chairman Lim Chung Chun and general manager Weike Liang reached strategic operation and held business talk.*

published on April 2, 2018 was altered. The sentence "旗下子公司纳觅财富（上海纳觅财务咨询有限公司）总裁李金保" was changed to "同合作企业纳觅财富（上海纳觅财务咨询有限公司）总裁李金保". It seems NiSun Shanghai tried to cover its tracks by changing the verbiage of "subsidiary Shanghai Nami" to "cooperation company Shanghai Nami".

According to another media report, Xin Liu traveled with Bodang Liu to visit the city of Bozhou in Anhui Province on September 25, 2017 to look for business development opportunities. It seems to us that Xin Liu was acting as an employee of NiSun Shanghai.

> 2017年9月25日，宁圣集团董事局刘伯党主席一行前往亳州市筑梦社区及古井集团进行考察交流。安徽省亳州市创业园区管委会主任田广东、安徽省亳州市人民政府经开区招商局局长助理国辉、安徽省亳州市古井销售有限公司区域销售经理杨扬等领导出席接待。同时，参与陪同的有上海纳觅财务咨询有限公司总经理刘鑫，宁圣集团云南区总经理石冬冬等。
>
> *Translation [Paraphrased]*
> *On September 25, 2017, NiSun Group Chairman Bodang Liu went to city of Bozhou's Zhuimeng district and Gujing Group for visit and communication. Anhui Province Bozhou City Entrepreneur District Chief Guangdong Tian, Anhui Province Bozhou City government Economic Development Zone Investment Promotion Bureau Chief Assistant Hui Guo, and Anhui Province Bozhou City Gujing Sales Co., Ltd. district sales manager Yang Yang, went to welcome their visit. In the meantime, people visiting along with [Bodang Liu] include the general manger Xin Liu of Shanghai Nami Financial Consulting Co., Ltd, Yunan district general manager Dongdong Shi of NiSun Group, etc.*

To sum up, based on all the evidence provided above, we believe Jinbao Li, Xin Liu, Shanghai Nami are related parties to HEBT before the acquisition. We believe that by not disclosing this to the investors, Bodang Liu was able to hide the fact that he planned to siphoned off $7 million cash and 1.56 million shares from the public company.

**Website**
https://grizzlyreports.com/

 @ResearchGrizzly

AS OF THE PUBLICATION DATE OF THIS REPORT, GRIZZLY RESEARCH (POSSIBLY ALONG WITH OR THROUGH OUR MEMBERS, PARTNERS, AFFILIATES, EMPLOYEES, AND/OR CONSULTANTS) ALONG WITH OUR CLIENTS AND/OR INVESTORS HAS A DIRECT OR INDIRECT SHORT POSITION IN THE STOCK (AND/OR OPTIONS, SWAPS, AND OTHER DERIVATIVES RELATED TO ONE OR MORE OF THESE SECURITIES) OF THE COMPANY COVERED HEREIN, AND THEREFORE STANDS TO REALIZE SIGNIFICANT GAINS IN THE EVENT THAT THE PRICE OF HEBT'S STOCK DECLINES. THEREFORE, USE GRIZZLY RESEARCH'S RESEARCH AT YOUR OWN RISK. YOU SHOULD DO YOUR OWN RESEARCH AND DUE DILIGENCE BEFORE MAKING ANY INVESTMENT DECISION WITH RESPECT TO THE SECURITIES COVERED HEREIN. THE OPINIONS EXPRESSED IN THIS REPORT ARE NOT INVESTMENT ADVICE NOR SHOULD THEY BE CONSTRUED AS INVESTMENT ADVICE OR ANY RECOMMENDATION OF ANY KIND. FOLLOWING PUBLICATION OF THIS REPORT, WE MAY CONTINUE TRANSACTING IN THE SECURITIES COVERED THEREIN, AND WE MAY BE LONG, SHORT, OR NEUTRAL AT ANY TIME HEREAFTER REGARDLESS OF OUR INITIAL OPINION. © 2020 GRIZZLY RESEARCH LLC. ALL RIGHTS RESERVED.

June 3rd, 2020

**Research Report** on Hebron Technology Co., Ltd. (NASDAQ:HEBT)

# Nami Acquisition – Undisclosed Related Party Transaction with $7M in cash and 1.56M shares of HEBT

*Is Nami Holding Worth $25.8 million?*

According to the media report in March 2019, Shandong Province Weihai City Wendeng district local regulator for fighting and dealing with illegal capital raising activities pointed out in a risk notification that there are 16 P2P platforms that haven't submitted proper registration certificates. Shanghai Nami's Wendeng Branch was explicitly listed among those 16 P2P platforms.

> 威海市文登区打击和处置非法集资工作领导小组在提示函中指出，北京恒昌汇财投资管理有限公司文登分公司、上海纳觅财务咨询有限公司文登分公司、千德易迅网络科技（北京）有限公司文登分公司、信和财富网络科技（北京）有限公司文登分公司、大连瑞宏服务外包有限公司文登分公司、淮安（上海）金融信息服务有限公司威海分公司、北京捷越联合信息咨询有限公司文登分公司、文登区米宝网络技术推广服务部（鼎利天成）、北京中普信富投资管理有限公司文登分公司、天储投资管理（北京）有限公司威海文登分公司、聚力金服网络科技有限公司文登分公司、巨汇财富（北京）投资管理有限公司、威海中金亿信企业管理有限公司、威海市悦家金融服务外包有限公司文登分公司、善林（上海）信息科技有限公司文登分公司、威海亿佰商务咨询服务有限公司16家P2P网贷平台均未向我办提供总部整改、备案完成证明。且部分公司已逾期无法正常兑付，望广大居民远离非法集资。
>
> *Translation [Parapharased]*
> *[Shandong Province] Weihai City Wendeng District local regulatory team fighting and dealing with illegal capital raising pointed out in the [risk] notificiation that, Beijing Hengchang Huicai Investment Management Co., Ltd. Wendeng Branch, Shanghai Nami  Financial Consulting Co., Ltd. Wendeng Branch, ……16 P2P online lending platforms all have not submitted to us the overall ratification and registration completion certificate. And part of the companies' defaulted loans have already been irregularly paid, and [we] urge citizens to avoid illegal capital raising.*

We believe Nami entities are essentially an alter ego of HuiYingJinFu, and the local risk notification from the regulator did further confirm our belief that Nami entities are mainly engaged in P2P lending business. Although HEBT did not put out any pro forma financials of Nami entities, we would like to remind investors just what kind of valuation the market is giving to the leading P2P players in China, such as FINV, LX, and QFIN, not to mention the multiples and stock performances of those lower-tier P2P companies have such as JFIN, PT, HX, etc. We believe HEBT acquired a business that is simply not viable.

**Website**
https://grizzlyreports.com/

 @ResearchGrizzly

AS OF THE PUBLICATION DATE OF THIS REPORT, GRIZZLY RESEARCH (POSSIBLY ALONG WITH OR THROUGH OUR MEMBERS, PARTNERS, AFFILIATES, EMPLOYEES, AND/OR CONSULTANTS) ALONG WITH OUR CLIENTS AND/OR INVESTORS HAS A DIRECT OR INDIRECT SHORT POSITION IN THE STOCK (AND/OR OPTIONS, SWAPS, AND OTHER DERIVATIVES RELATED TO ONE OR MORE OF THESE SECURITIES) OF THE COMPANY COVERED HEREIN, AND THEREFORE STANDS TO REALIZE SIGNIFICANT GAINS IN THE EVENT THAT THE PRICE OF HEBT'S STOCK DECLINES. THEREFORE, USE GRIZZLY RESEARCH'S RESEARCH AT YOUR OWN RISK. YOU SHOULD DO YOUR OWN RESEARCH AND DUE DILIGENCE BEFORE MAKING ANY INVESTMENT DECISION WITH RESPECT TO THE SECURITIES COVERED HEREIN. THE OPINIONS EXPRESSED IN THIS REPORT ARE NOT INVESTMENT ADVICE NOR SHOULD THEY BE CONSTRUED AS INVESTMENT ADVICE OR ANY RECOMMENDATION OF ANY KIND. FOLLOWING PUBLICATION OF THIS REPORT, WE MAY CONTINUE TRANSACTING IN THE SECURITIES COVERED THEREIN, AND WE MAY BE LONG, SHORT, OR NEUTRAL AT ANY TIME HEREAFTER REGARDLESS OF OUR INITIAL OPINION. © 2020  GRIZZLY RESEARCH LLC. ALL RIGHTS RESERVED.

June 3rd, 2020

Research Report on Hebron Technology Co., Ltd. (NASDAQ:HEBT)

## The Endgame - Who Goes Home with What?

HEBT was a boring fading stock until 2019 when Boding Liu came into the picture. Since then the company has seen its stock skyrocket and engaged in a streak of what we believe to be outrageous insider enrichment by lying and stealing from US investors.

After all the careful planning and execution, what did investors and our trusted management go home with? It appears that investors have been receiving incentivising PIPE cash and high value Fintech companies, all the while only suffering a few million shares of dilution.

However, we were able to link several supposedly arms-length transactions back to HEBT insiders, and identfied numerous red flags amongst almost all acquired businesses. Furthermore, the amounts of cash transacted in the Nami acquisition and private placement almost match perfectly, leading us to believe that cash was never transacted at all.

The net result is that HEBT insider Bodang Liu received hard cash and a ton of HEBT shares, and HEBT shareholders received companies we dare to call worthless. A classic tails I (Bodang Liu) win, heads you (public investors) lose situation.

With the recent tensions in the relationship between China and the USA we believe HEBT is a premier candidate for a delisting. We urge regulators to look into these issues.



**Website**
https://grizzlyreports.com/

 @ResearchGrizzly

AS OF THE PUBLICATION DATE OF THIS REPORT, GRIZZLY RESEARCH (POSSIBLY ALONG WITH OR THROUGH OUR MEMBERS, PARTNERS, AFFILIATES, EMPLOYEES, AND/OR CONSULTANTS) ALONG WITH OUR CLIENTS AND/OR INVESTORS HAS A DIRECT OR INDIRECT SHORT POSITION IN THE STOCK (AND/OR OPTIONS, SWAPS, AND OTHER DERIVATIVES RELATED TO ONE OR MORE OF THESE SECURITIES) OF THE COMPANY COVERED HEREIN, AND THEREFORE STANDS TO REALIZE SIGNIFICANT GAINS IN THE EVENT THAT THE PRICE OF HEBT'S STOCK DECLINES. THEREFORE, USE GRIZZLY RESEARCH'S RESEARCH AT YOUR OWN RISK. YOU SHOULD DO YOUR OWN RESEARCH AND DUE DILIGENCE BEFORE MAKING ANY INVESTMENT DECISION WITH RESPECT TO THE SECURITIES COVERED HEREIN. THE OPINIONS EXPRESSED IN THIS REPORT ARE NOT INVESTMENT ADVICE NOR SHOULD THEY BE CONSTRUED AS INVESTMENT ADVICE OR ANY RECOMMENDATION OF ANY KIND. FOLLOWING PUBLICATION OF THIS REPORT, WE MAY CONTINUE TRANSACTING IN THE SECURITIES COVERED THEREIN, AND WE MAY BE LONG, SHORT, OR NEUTRAL AT ANY TIME HEREAFTER REGARDLESS OF OUR INITIAL OPINION. © 2020 GRIZZLY RESEARCH LLC. ALL RIGHTS RESERVED.



---

# Full Legal Disclaimer

---

\*\*\*

<u>IMPORTANT LEGAL DISCLAIMER</u>

<u>THIS REPORT AND ALL STATEMENTS CONTAINED HEREIN ARE THE OPINIONS OF GRIZZLY RESEARCH, AND ARE NOT STATEMENTS OF FACT.</u>

Reports are based on generally available information, field research, inferences and deductions through Grizzly Research's due diligence and analytical process.

Our opinions are held in good faith, and we have based them upon publicly available facts and evidence collected and analyzed including our understanding of representations made by the management of the companies we analyze, all of which we set out in our research reports to support our opinions, all of which we set out herein. <u>HOWEVER, THEY REMAIN OUR OPINIONS AND BELIEFS ONLY.</u>

We conducted research and analysis based on public information in a manner than any person could have done if they had been interested in doing so. You can publicly access any piece of evidence cited in this report or that we relied on to write this report.

Grizzly Research makes no representation, express or implied, as to the accuracy, timeliness, or completeness of any such information or with regard to the results to be obtained from its use.

We are entitled to our opinions and to the right to express such opinions in a public forum. We believe that the publication of our opinions and the underlying facts about the public companies we research is in the public interest, and that publication is justified due to the fact that public investors and the market are connected in a common interest in the true value and share price of the public companies we research. All expressions of opinion are subject to change without notice, Grizzly Research does not undertake a duty to update or supplement this report or any of the information contained herein.

Recipients of the research report are professional investors who are expected to make their own judgment as to any reliance that they place on the research report. You represent that you have sufficient investment sophistication to critically assess the information, analysis and opinion on this website.

You further agree that you will not communicate the contents of reports and other materials on this site to any other person unless that person has agreed to be bound by these Terms of Use. If you access this website, download or receive the contents of reports or other materials on this website on your own behalf, you agree to and shall be bound by these Terms of Use. If you access our website, download or receive the contents of reports or other materials on this website as an agent for any other person, you are binding your principal to these same Terms of Use.

**AS OF THE PUBLICATION DATE OF THIS REPORT, GRIZZLY RESEARCH (POSSIBLY ALONG WITH OR THROUGH OUR MEMBERS, PARTNERS, AFFILIATES, EMPLOYEES, AND/OR CONSULTANTS) ALONG WITH OUR CLIENTS AND/OR INVESTORS HAS A DIRECT OR INDIRECT SHORT POSITION IN THE STOCK (AND/OR OPTIONS, SWAPS, AND OTHER DERIVATIVES RELATED TO ONE OR MORE OF THESE SECURITIES) OF THE COMPANY COVERED HEREIN, AND THEREFORE STANDS TO REALIZE SIGNIFICANT GAINS IN THE EVENT THAT THE PRICE OF 58.COM'S STOCK DECLINES. THEREFORE, USE GRIZZLY RESEARCH'S RESEARCH AT YOUR OWN RISK. YOU SHOULD DO YOUR OWN RESEARCH AND DUE DILIGENCE BEFORE MAKING ANY**

**INVESTMENT DECISION WITH RESPECT TO THE SECURITIES COVERED HEREIN. THE OPINIONS EXPRESSED IN THIS REPORT ARE NOT INVESTMENT ADVICE NOR SHOULD THEY BE CONSTRUED AS INVESTMENT ADVICE OR ANY RECOMMENDATION OF ANY KIND. FOLLOWING PUBLICATION OF THIS REPORT, WE MAY CONTINUE TRANSACTING IN THE SECURITIES COVERED THEREIN, AND WE MAY BE LONG, SHORT, OR NEUTRAL AT ANY TIME HEREAFTER REGARDLESS OF OUR INITIAL OPINION.**

To the best of our ability and belief, all information contained herein is accurate and reliable, and has been obtained from public sources we believe to be accurate and reliable, and who are not insiders or connected persons of the stock covered herein or who may otherwise owe any fiduciary duty or duty of confidentiality to the issuer. Note that Hebron Technology Co., Ltd. and insiders, agents, and legal representatives of 58.com Inc and other entities mentioned herein may be in possession of material non-public information that may be relevant to the matters discussed herein. Do not presume that any person or company mentioned herein has reviewed our report prior to its publication.

This is not an offer to sell or a solicitation of an offer to buy any security, nor shall any security be offered or sold to any person, in any jurisdiction in which such offer would be unlawful under the securities laws of such jurisdiction.

By downloading and opening this report you knowingly and independently agree: (i) that any dispute arising from your use of this report or viewing the material herein shall be governed by the laws of the State of [New York], without regard to any conflict of law provisions; (ii) to submit to the personal and exclusive jurisdiction of the superior courts located within the State of [New York] and waive your right to any other jurisdiction or applicable law, given that Grizzly Research is a Delaware limited liability company; and (iii) that regardless of any statute or law to the contrary, any claim or cause of action arising out of or related to use of this website or the material herein must be filed within one (1) year after such claim or cause of action arose or be forever barred. The failure of Grizzly Research to exercise or enforce any right or provision of this disclaimer shall not constitute a waiver of this right or provision. If any provision of this disclaimer is found by a court of competent jurisdiction to be invalid, the parties nevertheless agree that the court should endeavor to give effect to the parties' intentions as reflected in the provision and rule that the other provisions of this disclaimer remain in full force and effect, in particular as to this governing law and jurisdiction provision. You agree that the information on this website is copyrighted, and you therefore agree not to distribute this information (whether the downloaded file, copies / images / reproductions, or the link to these files) in any manner other than by providing the following link: http://GRIZZLYREPORTS.COM. If you have obtained research published by Grizzly Research in any manner other than by download from that link, you may not read such research without going to that link and agreeing to the Terms of Use on the Grizzly Research designated website.

\*\*\*