# EXHIBIT 8

6-K 1 tv514744_6k.htm FORM 6-K

---

# SECURITIES AND EXCHANGE COMMISSION
### Washington, D.C. 20549

# FORM 6-K

**Report of Foreign Private Issuer**
**Pursuant to Rule 13a-16 or 15d-16 Under**
**the Securities Exchange Act of 1934**

**For the month of February 2019**

**Commission File Number: 001-37829**

# HEBRON TECHNOLOGY CO., LTD.
(Registrant's name)

**No. 936, Jinhai 2nd Road, Konggang New Area**
**Longwan District**
**Wenzhou City, Zhejiang Province**
**People's Republic of China**
(Address of principal executive offices)

Indicate by check mark whether the registrant files or will file annual reports under cover of Form 20-F or Form 40-F.:

Form 20-F ☒      Form 40-F ☐

Indicate by check mark if the registrant is submitting the Form 6-K on paper as permitted by Regulation S-T Rule 101(b)(1): ☐

Indicate by check mark if the registrant is submitting the Form 6-K on paper as permitted by Regulation S-T Rule 101(b)(7): ☐

**Explanatory Note:**

On February 26, 2019, the Registrant's Audit Committee and Board of Directors approved the proposed appointment of Wei, Wei & Co., LLP ("Wei & Wei") as the Registrant's independent registered public accounting firm, dismissing the Registrant's previous independent auditors, Friedman LLP ("Friedman"), on the same date.

During the Registrant's most recent two fiscal years ended December 31, 2017 and 2016 through the dismissal of Friedman on February 26, 2019, there were no disagreements between the Registrant and Friedman on any matter of accounting principles or practices, financial statement disclosure, or auditing scope or procedure, which disagreements, if not resolved to the satisfaction of Friedman, would have caused it to make reference to the subject matter of the disagreements in connection with its report on the Registrant's consolidated financial statements for such periods. In addition, Friedman's reports on the financial statements as of and for the years ended December 31, 2017 and 2016 did not contain an adverse opinion or disclaimer of opinion and were not qualified or modified as to uncertainty, audit scope or accounting principles. During the Registrant's years ended December 31, 2017 and 2016 through the dismissal of Friedman on February 26, 2019, there were no "reportable events" as that term is defined in Item 16F(a)(1)(v) of Form 20-F.

During the two most recent fiscal years ended December 31, 2017 and 2016 and any subsequent interim period prior to engaging Wei & Wei, neither the Registrant nor anyone on its behalf consulted Wei & Wei regarding either (i) the application of accounting principles to any proposed or completed transaction, or the type of audit opinion that might be rendered on the Registrant's financial statements, and neither a written report nor oral advice was provided to the Registrant that Wei & Wei concluded was an important factor considered by the Registrant in reaching a decision as to any accounting, auditing or financial reporting issue; or (ii) any matter that was either the subject of a disagreement (as defined in Item 16F(a)(1)(iv) of Form 20-F and the related instructions to Item 16F of Form 20-F) or a reportable event.

The Registrant has provided Friedman with a copy of the disclosures the Registrant is making in this Current Report on Form 6-K and has filing as Exhibit 99.1 the letter from Friedman stating that Friedman agrees or has no basis to agree or disagree with the disclosures made herein.

**Exhibits**

Exhibit 99.1     Letter from Friedman LLP dated February 26, 2019

https://www.sec.gov/Archives/edgar/data/1603993/000114420419010204/tv514744_6k.htm

## SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

**Hebron Technology Co., Ltd.**

Date: February 26, 2019

By:       /s/ Anyuan Sun

Name:       Anyuan Sun

Title:       Chief Executive Officer (Principal Executive Officer) and Duly Authorized Officer

EX-99.1 2 tv514744_ex99-1.htm EXHIBIT 99.1

**Exhibit 99.1**

# FRIEDMAN LLP®
## ACCOUNTANTS AND ADVISORS

February 26, 2019

United States Securities and Exchange Commission
100 F Street, N.E.
Washington, D.C. 20549

Re: Hebron Technology Co., Ltd
    File No. 001-37829

Dear Sir or Madam:

    We have read Form 6-K dated February 26, 2019 of Hebron Technology Co., Ltd ("Registrant") and are in agreement with the statements contained therein as it pertains to our firm.

    We have no basis to agree or disagree with any other statements of the Registrant contained in Form 6-K.

Sincerely,

/s/ Friedman LLP

New York, New York

1700 BROADWAY, NEW YORK, NY 10019  T 212.842.7000  F 212.842.7001  WWW.FRIEDMANLLP.COM
OFFICES IN NEW YORK CITY | NEW JERSEY | LONG ISLAND | BEIJING AND AN INDEPENDENT MEMBER FIRM OF DFK WITH OFFICES WORLDWIDE