# KIRKLAND & ELLIS LLP

### AND AFFILIATED PARTNERSHIPS

601 Lexington Avenue
New York, NY 10022
United States

+1 212 446 4800

www.kirkland.com

Facsimile:
+1 212 446 4900

Matthew Solum
To Call Writer Directly:
+1 212 446 4688

matthew.solum@kirkland.com

The Court thanks counsel for this letter.  The Court is mindful that the motion is pending. A decision on the motion will issue in due course.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

May 20, 2021

**<u>Via ECF</u>**

Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

**Re:**   ***In re Hebron Technology Co., Ltd. Securities Litigation***, No. 20 Civ. 4420

Dear Judge Engelmayer:

Pursuant to Section 3.J of the Court's Individual Rules and Practices, I write to inform the Court that Hebron Technology Co., Ltd.'s Motion to Dismiss the Second Amended Class Action Complaint (Docket # 39) has been fully briefed for 60 days.

Sincerely,

*/s/ Matthew Solum, P.C.*

Matthew Solum, P.C.

cc: All Counsel of Record (by ECF)