UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

IN RE HEBRON TECHNOLOGY CO., LTD.
SECURITIES LITIGATION

20 CIVIL 4420 (PAE)

**JUDGMENT**

------------------------------------------------------------X

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated September 22, 2021, the SAC is dismissed in its entirety. The dismissal is with prejudice as to all claims; accordingly, the case is closed.

**Dated:** New York, New York
September 22, 2021

**RUBY J. KRAJICK**

Clerk of Court

BY: *Xmango*

**Deputy Clerk**